IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>     Plaintiffs,<br><br>    v.<br><br>ERIE FAMILY LIFE INSURANCE COMPANY;<br>ERIE INDEMNITY COMPANY;<br>ERIE INSURANCE COMPANY;<br>ERIE INSURANCE EXCHANGE;<br>ERIE INSURANCE PROPERTY & CASUALTY<br>COMPANY; and<br>FLAGSHIP CITY INSURANCE COMPANY,<br><br>     Defendants. | Civil Action No. 1:14-cv-00220-MRH<br><br>U.S. District Judge Mark R. Hornak<br><br>**ELECTRONICALLY FILED** |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**[1]

  NOW COME Defendants Erie Indemnity Company, Erie Insurance Exchange, Erie Insurance Property & Casualty Company, Erie Insurance Company, Flagship City Insurance Company, and Erie Family Life Insurance Company (collectively, "Defendants"), and move this Honorable Court to dismiss Plaintiffs Intellectual Ventures I LLC's and Intellectual Ventures II LLC's (collectively, "Plaintiffs'") infringement claims under 35 U.S.C. § 101 with respect to U.S. Patent Nos. 6,510,434 and 6,519,581 and invalidate all claims of those patents.

  Defendants also move this Honorable Court to dismiss all Plaintiffs' direct and indirect infringement claims under Federal Rule of Civil Procedure 12(b)(6) for failing to state a proper claim, or in the alternative, require Plaintiffs to provide a more definite statement with respect to these claims pursuant to Federal Rule of Civil Procedure 12(e).  Defendants offer as support for this motion the attached Memorandum of Law.

---

[1]   Identical motions have been filed on the same date under separate captions in *Intellectual Ventures I LLC v. Highmark Inc.*, No. 2:14-cv-01131 (W.D. Pa.) ("Highmark Matter") and *Intellectual Ventures I LLC v. Erie Indemnity Co.*, No. 1:14-cv-00220 (W.D. Pa.) ("Erie Matter").

Dated: November 5, 2014              Respectfully submitted,

                                     By:  */s/ Gregory H. Lantier*
                                         John G. Ebken (PA I.D. 91031)
                                         Alexander W. Saksen (PA I.D. 86049)
                                         GORDON & REES LLP
                                         707 Grant Street, Suite 3800
                                         Pittsburgh, PA 15219
                                         Tel.: (412) 577-7400
                                         Fax: (412) 347-5461
                                         Email: jebken@gordonrees.com
                                         Email: asaksen@gordonrees.com

James L. Quarles III
(*pro hac vice motion to be filed*)
DC I.D. 359079
Email: james.quarles@wilmerhale.com
Gregory H. Lantier
(*pro hac vice*)
DC I.D. 492043
Email: gregory.lantier@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania, Ave NW
Washington DC, 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

David C. Marcus
(*pro hac vice*)
CA I.D. 158704
Email: david.marcus@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
DORR LLP
350 South Grand Ave, Suite 2100
Los Angeles, CA 90071
Tel.: (213) 443-5300
Fax: (213) 443-5400

Monica Grewal
(*pro hac vice*)
MA I.D. 659449
Email: monica.grewal@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
DORR LLP

2

60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000

*Counsel for Defendants Erie Indemnity Company, Erie Insurance Exchange, Erie Insurance Property & Casualty Company, Erie Insurance Company, Flagship City Insurance Company, and Erie Family Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss was electronically filed and served via the Court's ECF system on this 5th day of November, 2014.

/s/ Gregory H. Lantier
Gregory H. Lantier