IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| ERIE INDEMNITY COMPANY, et al., | ) ) |
| Defendants. | ) |

1:14-cv-00220

**ELECTRONICALLY FILED**

Hearing Type: Telephone Status Conference

Date: November 7, 2014

Before Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Henry Sneath, Christian Hurt, Derek Gilliland, Edward Chin, Kirk Voss |
| Counsel for Defendant | Erie and Highmark Defendants: David Marcus, Gregory Lantier, John Ebken, Leslie Pearlson |
| | Old Republic Defendants: Arthur Stroyd, Jr., Russell Cass, Vernon Winters |
| Court Reporter | Shirley Hall |
| Law Clerk/Deputy Clerk | Bethany Lipman |
| Start time | 9:34 am |
| End time | 9:47 am |

**SUMMARY OF PROCEEDINGS:**

The Court held this telephonic status conference at the request of Defendants Erie Indemnity Co., et al, in Case No. 14-220 [ECF No. 36]. After hearing from the parties, the Court set a briefing schedule pertaining to the pending Motions to Dismiss filed by Defendants in all three actions. That schedule and the date for oral argument will be set forth in an appropriate Order. The Court also asked the parties to draft and file a proposed Order consolidating Case Nos. 14-220, 14-1130, and 14-1131 for pre-trial discovery and *Markman* hearing purposes.