IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC ET AL, | |
| Plaintiffs, | 1:14-cv-220 **ELECTRONICALLY FILED** |
| v. | |
| ERIE INDEMNITY COMPANY ET AL, | |
| Defendants. | |

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC ET AL, | |
| Plaintiffs, | 2:14-cv-1130 **ELECTRONICALLY FILED** |
| v. | |
| OLD REPUBLIC GENERAL INSURANCE GROUP, INC. ET AL, | |
| Defendants. | |

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC ET AL, | |
| Plaintiffs, | 2:14-cv-1131 **ELECTRONICALLY FILED** |
| v. | |
| HIGHMARK, INC. ET AL, | |
| Defendants. | |

## **ORDER OF CONSOLIDATION**

AND NOW, this 18th day of November, 2014, it is hereby ORDERED that the above-captioned cases are consolidated for all pretrial proceedings and that the parties shall abide by the following:

Civil Action Number 1:14-cv-220, Civil Action Number 2:14-cv-1130, and Civil Action Number 2:14-cv-1131 are hereby consolidated at Civil Action Number 1:14-cv-220, the lead case. From the date of this Order forward, the parties shall file consolidated papers on the Court's ECF system at Civil Action Number 1:14-cv-220.

s/ Mark R. Hornak<br>
Mark R. Hornak<br>
United States District Judge