# EXHIBIT 2

11/26/2014 Patent Database Search Results: (ccl/706/$ or ccl/370/$ or ccl/707/$ or ccl/709/$) and (ISD/20140625->20141126) in US Patent Collection

Case 1:14-cv-00220-MRH Document 52-2 Filed 11/26/14 Page 2 of 4

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(((((CCL/706/$ OR CCL/370/$) OR CCL/707/$) OR CCL/709/$) AND ISD/20140625->20141126)**:
**14978 patents.**
*Hits* **1** *through* **50** *out of* **14978**

[Next 50 Hits]

[Jump To] [          ]

[Refine Search]  ccl/706/$ or ccl/370/$ or ccl/707/$ or ccl/709/$) and (IS

| | PAT. NO. | | Title |
|---|---|---|---|
| 1 | 8,898,797 | T | Secure option ROM firmware updates |
| 2 | 8,898,792 | T | Search mechanism for content based information security repositories |
| 3 | 8,898,784 | T | Device for and method of computer intrusion anticipation, detection, and remediation |
| 4 | 8,898,782 | T | Systems and methods for spontaneously configuring a computer network |
| 5 | 8,898,774 | T | Method and system for scanning a computer system for sensitive content |
| 6 | 8,898,772 | T | Methods and structure for implementing security in systems that utilize small computer system interface enclosure services |
| 7 | 8,898,759 | T | Application registration, authorization, and verification |
| 8 | 8,898,755 | T | Trusted internet identity |
| 9 | 8,898,752 | T | Efficiently throttling user authentication |
| 10 | 8,898,751 | T | Systems and methods for authorizing third-party authentication to a service |
| 11 | 8,898,748 | T | Remote verification for configuration updates |
| 12 | 8,898,745 | T | Node authentication |
| 13 | 8,898,742 | T | Systems and methods for controlling access to content distributed over a network |
| 14 | 8,898,737 | T | Authentication method for stateless address allocation in IPv6 networks |
| 15 | 8,898,734 | T | Analyzing security compliance within a network |
| 16 | 8,898,732 | T | Providing a managed browser |
| 17 | 8,898,723 | T | Virtual channel declarative script binding |
| 18 | 8,898,714 | T | Methods for identifying video segments and displaying contextually targeted content on a connected television |

11/26/2014 Patent Database Search Results: (ccl/709/$ or ccl/707/$ or ccl/707/$) and (ISD/20140625->20141126) in US Patent Collection

Case 1:14-cv-00220-MRH Document 52-2 Filed 11/26/14 Page 3 of 4

| | | | |
|---|---|---|---|
| 19 | 8,898,712 | T | Method and apparatus for receiving multimedia service and aiding the receipt of multimedia service |
| 20 | 8,898,678 | T | Runtime optimization of an application executing on a parallel computer |
| 21 | 8,898,677 | T | Data arrangement calculating system, data arrangement calculating method, master unit and data arranging method |
| 22 | 8,898,671 | T | Processor that executes a plurality of threads by promoting efficiency of transfer of data that is shared with the plurality of threads |
| 23 | 8,898,668 | T | Redeploying baseline virtual machine to update a child virtual machine by creating and swapping a virtual disk comprising a clone of the baseline virtual machine |
| 24 | 8,898,662 | T | Method and device for generating software installation packet |
| 25 | 8,898,661 | T | System and method for installing program |
| 26 | 8,898,656 | T | Mechanism for facilitating dynamic format transformation of software applications in an on-demand services environment |
| 27 | 8,898,640 | T | Exception handling for a distributed runtime |
| 28 | 8,898,620 | T | System and method for application process automation over a computer network |
| 29 | 8,898,581 | T | Display control device, display control method, search device, search method, program and communication system |
| 30 | 8,898,580 | T | Definition for service interface |
| 31 | 8,898,578 | T | Conference calls for social streams |
| 32 | 8,898,576 | T | Product data management and workflow systems and methods |
| 33 | 8,898,560 | T | Fixing problems with a user interface |
| 34 | 8,898,559 | T | Method for encoding an XML-based document |
| 35 | 8,898,558 | T | Managing multimodal annotations of an image |
| 36 | 8,898,526 | T | Using forward error correction coding to diagnose communication links |
| 37 | 8,898,505 | T | Dynamically configureable placement engine |
| 38 | 8,898,497 | T | Negotiating a transmit wake time |
| 39 | 8,898,491 | T | Power management IC having a power supply PWM that is controllable using either an analog or a digital feedback path |
| 40 | 8,898,469 | T | Software feature authorization through delegated agents |
| 41 | 8,898,451 | T | Method and system for monitoring encrypted data transmissions |
| 42 | 8,898,448 | T | Hardware acceleration for WWAN technologies |
| 43 | 8,898,416 | T | Storage allocation management in switches utilizing flow control |
| 44 | 8,898,414 | T | Storage devices and methods of driving storage devices |
| 45 | 8,898,412 | T | Methods and systems to selectively scrub a system memory |
| 46 | 8,898,411 | T | Snapshot storage and management system with indexing and user interface |
| 47 | 8,898,401 | T | Methods and apparatuses for improving speculation success in processors |
| 48 | 8,898,399 | T | Locking and signaling for implementing messaging transports with shared memory |
| 49 | 8,898,364 | T | Method, system, and bus coupler for exchanging data between a higher-level network and a lower-level network |
| 50 | 8,898,354 | T | Methods and devices for synchronizing to a remotely generated time base |

Next List | Top | View Cart

Home | Quick | Advanced | Pat Num | Help