| | |
|---|---|
| INTELLECTUAL VENTURES I LLC<br>and<br>INTELLECTUAL VENTURES II LLC<br><br>    *Plaintiffs*,<br><br>v.<br><br>HIGHMARK, INC.;<br>HM INSURANCE GROUP, INC.;<br>HM LIFE INSURANCE COMPANY;<br>HIGHMARK CASUALTY INSURANCE COMPANY;<br>HM CASUALTY INSURANCE COMPANY;<br><br>    *Defendants*. | Civil Action No. 2:14-CV-1131 |

## ORDER OF COURT

AND NOW, this __12th__ day of __December__, 2014, upon consideration of the Joint Motion to Modify the Briefing Schedule Regarding Defendants' Motions to Dismiss for Failure to State a Claim, the Parties' joint motion is hereby GRANTED and the Court ORDERS the following:

1. Plaintiffs shall have until December 12, 2014 to file their supplemental brief;

2. Defendants shall have three additional pages in their reply briefs; and

3. Defendants reply briefs to their motions to dismiss are due on or before December 19, 2014.

BY THE COURT

_____
District Court Judge Mark R. Hornak