# EXHIBIT A

EXHIBIT A

**From:**                   Shirley Heath
**Sent:**                      Tuesday, July 01, 2014 9:41 AM
**To:**                           'ed.bittner@highmarkhealth.org'
**Subject:**              Intellectuals Ventures request for an introductory call

Mr. Bittner,

I am writing to follow up on the voicemail message I left  for you. I thought it might be helpful to provide some additional information in email about <u>Intellectual Ventures</u> and our recently-launched insurance program. As referenced in my message, I am hoping to schedule a short call to introduce the program to you and discuss how we might work together.

Our focus areas for the program are:

1.  Online and mobile services, such as online policy management, claims submission and tracking, and bill payment

2.  Digitization of insurance applications and policies

3.  Improvements in claims management efficiency, policy management, process automation, and asset management

We have a robust portfolio of intellectual property relating to these services which may be of interest to you. If you are not the appropriate person for this discussion, I'd appreciate it if you could direct me to the right contact or pass this message along to them.

Thank you and I look forward to hearing from you.


**Shirley Heath**
Senior Director, Strategic Business Development
T - 425.691.3508



*This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*