# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| ERIE INDEMNITY COMPANY, et al., | ) ) |
| Defendants. | ) |

1:14-cv-00220

**ELECTRONICALLY FILED**

Hearing Type:   AT&T Telephone Status Conference

Date:   January 27, 2015

Before:   Judge Mark R. Hornak

| Counsel for Plaintiff | Henry Sneath, Christian Hurt, Derek Gilliland, Robert Wagner, Robert Cutler |
|---|---|
| Counsel for Defendant | Erie and Highmark Defendants: David Marcus, Gregory Lantier, John Ebken, Leslie Pearlson<br><br>Old Republic Defendants: Arthur Stroyd, Jr., Russell Cass, Vernon Winters |
| Court Reporter | Deborah Rowe |
| Law Clerk/Deputy Clerk | Bethany Lipman |
| Start time | 3:30 pm |
| End time | 4:13 pm |

## SUMMARY OF PROCEEDINGS:

The Court convened this call due to issues raised in ECF No. 63 regarding a potential Rule 12(b)(1) motion and the upcoming oral argument scheduled for February 5, 2015. After hearing from counsel, the Court will schedule another status conference for Thursday, January 29, 2015 at 4:00 PM.