# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) )  1:14-cv-00220 ) ) **ELECTRONICALLY FILED** |
| v. | ) ) |
| ERIE INDEMNITY COMPANY, et al., | ) ) |
| Defendants. | ) |

Hearing Type:   AT&T Telephone Status Conference

Date:   January 29, 2015

Before:   Judge Mark R. Hornak

| Counsel for Plaintiff | Henry Sneath, Christian Hurt, Derek Gilliland, Robert Wagner, Robert Cutler |
|---|---|
| Counsel for Defendant | Erie and Highmark Defendants: Gregory Lantier, John Ebken |
| | Old Republic Defendants: Arthur Stroyd, Jr., Vernon Winters |
| Court Reporter | Shirley Hall |
| Law Clerk/Deputy Clerk | Bethany Lipman |
| Start time | 4:00 pm |
| End time | 4:48 pm |

**SUMMARY OF PROCEEDINGS:**

The Court held this telephone status conference to follow up with counsel regarding issues raised in the conference held on January 27, 2015. After hearing further from counsel, the Court will enter a scheduling order before the end of the week.