IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC ET AL, | ) ) ) | 1:14-cv-220 |
| Plaintiffs, | ) ) | |
| | ) | Judge Mark R. Hornak |
| v. | ) ) | |
| ERIE INDEMNITY COMPANY ET AL, | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC ET AL, | ) ) ) | 2:14-cv-1130 |
| Plaintiffs, | ) ) | |
| | ) | Judge Mark R. Hornak |
| v. | ) ) | |
| OLD REPUBLIC GENERAL INSURANCE GROUP, INC. ET AL, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC ET AL, | ) ) ) | 2:14-cv-1131 |
| Plaintiffs, | ) ) | |
| | ) | Judge Mark R. Hornak |
| v. | ) ) | |
| HIGHMARK, INC. ET AL, | ) ) | |
| Defendants. | ) ) | |

## ORDER

Counsel for the Defendants has advised the Court and counsel for the Plaintiffs that Defendants will file a motion pursuant to Fed. R. Civ. P. 12(b)(1) calling into question the

Court's jurisdiction to adjudicate claims relative to the '581 patent. It further appears that should such a motion be filed, an evidentiary record will necessarily be developed, and that an evidentiary hearing may reasonably be possible in such event, and that if such motion is filed, it would be advantageous to the decisional process to have argument on such Motion.

In order to minimize the likely duplication of proceedings, it is ORDERED that the hearing and argument on the now-pending Motions to Dismiss in these cases is continued to April 14, 2015 at 9:00 a.m. in Courtroom 6A.

Any Defendant seeking to file a Rule 12(b)(1) motion relative to the claim that the Plaintiff does not have a clean chain of title to the '581 patent and that the Court is therefore without jurisdiction to adjudicate claims relative to it shall file such Motion and supporting memoranda on or before February 27, 2015, and shall complete any necessary, reasonable discovery (which has been identified to the Court as a single oral deposition) within that time period.

In light of the continuance of these proceedings at the behest of the Defendants, should Plaintiffs, upon further consideration of the various matters discussed during the telephone status conferences of January 27 and January 29, 2015, seek to further address any matters regarding a substitution into these actions of the parent to the '581 patent for the '581 patent, they shall do so on the record on or before March 6, 2015.

Plaintiffs shall file any response and responsive memoranda to a 12(b)(1) Motion on or before March 27, 2015, and any Defendant may file a reply memorandum on or before April 6, 2015.

The Court intends to hear argument on all then-pending Motions at the hearing/argument now set for April 14, 2015.

A pre-argument telephone status conference is set for April 7, 2015 at 3:30 p.m. using the Court's AT&T dial-in conference number.

                                                                             _____
                                                                             Mark R. Hornak
                                                                             United States District Judge

Dated:  January 30, 2015

cc:     All counsel of record.