IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ERIE INDEMNITY COMPANY, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 1:14-cv-0220-MRH <br><br> U.S. District Judge Mark R. Hornak |
| INTELLECTUAL VENTURES I, LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> OLD REPUBLIC GENERAL INSURANCE ) <br> GROUP, INC., et al.. ) <br> ) <br> Defendants. ) | Civil Action No. 1:14-cv-01130-MRH <br><br> U.S. District Judge Mark R. Hornak |
| INTELLECTUAL VENTURES I LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HIGHMARK INC., et al., ) <br> ) <br> Defendants. ) | Civil Action No. 1:14-cv-01131-MRH <br><br> U.S. District Judge Mark R. Hornak |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Leslie S. Pearlson, it is hereby ORDERED, ADJUDGED and DECREED that Leslie S. Pearlson is admitted *pro hac vice* to appear before this Court in the above-captioned case.

Date: February 13, 2015

s/ Mark R. Hornak
Honorable Judge Mark R. Hornak