IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC et al., | No. 1:14-cv-00220-MRH |
| *Plaintiffs*, | The Honorable Mark R. Hornak |
| v. | |
| ERIE INDEMNITY COMPANY et al., | |
| *Defendants*. | |
| INTELLECTUAL VENTURES I LLC et al., | No. 2:14-cv-01130-MRH |
| *Plaintiffs*, | The Honorable Mark R. Hornak |
| v. | |
| OLD REPUBLIC GENERAL INSURANCE GROUP, INC. et al., | |
| *Defendants*. | |
| INTELLECTUAL VENTURES I LLC et al., | No. 2:14-cv-01131-MRH |
| *Plaintiffs*, | The Honorable Mark R. Hornak |
| v. | |
| HIGHMARK INC. et al., | |
| *Defendants*. | |

## Order Granting Motion By Erik John Carlson For Admission *Pro Hac Vice*

Upon consideration of the Motion for Admission *Pro Hac Vice* of Erik John Carlson, the Motion is hereby GRANTED and Erik John Carlson' is admitted *pro hac vice* to appear before this court in the above-captioned matter.

Dated: February 19, 2015

_____
Hon. Mark R. Hornak