# EXHIBIT 4



A 1962388

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

December 02, 2014

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON SEPTEMBER 28, 2012.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. LAWRENCE
Certifying Officer

**502079500     09/28/2012**

## PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | Correction of the nature of conveyance listed on Recordation Cover Sheet for assignment previously recorded at Reel/Frame 012853/0297. Nature of Conveyance is Nunc Pro Tunc Assignment. Noting Effective Date which is 04/10/2001. |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Aveo, Inc. | 05/24/2002 |

RECEIVING PARTY DATA

| Name: | Sherwood Partners, Inc. |
|---|---|
| Street Address: | 1849 Sawtelle Boulevard |
| Internal Address: | Suite 543 |
| City: | Los Angeles |
| State/Country: | CALIFORNIA |
| Postal Code: | 90025 |

PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Patent Number: | 6519581 |

CORRESPONDENCE DATA

| | |
|---|---|
| Fax Number: | 5128538801 |

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| | |
|---|---|
| Phone: | 5128538800 |
| Email: | dddeluca@intprop.com |
| Correspondent Name: | Dawn DeLuca |
| Address Line 1: | 1120 South Capital of Texas Highway |
| Address Line 2: | Building 2, Suite 300 |
| Address Line 4: | Austin, TEXAS 78746 |

| ATTORNEY DOCKET NUMBER: | 5957-62201 |
|---|---|
| NAME OF SUBMITTER: | Dean M. Munyon |

502079500

**PATENT
REEL: 029058 FRAME: 0448**

Total Attachments: 7
source=6519581 Correction#page1.tif
source=6519581 Correction#page2.tif
source=6519581 Correction#page3.tif
source=6519581 Correction#page4.tif
source=6519581 Correction#page5.tif
source=6519581 Correction#page6.tif
source=6519581 Correction#page7.tif

Corrected Recordation Cover Sheet

**CERTIFICATE OF FACSIMILE TRANSMISSION**
I hereby certify that this correspondence is being transmitted herewith via facsimile transmission to Telephone No. (703) 306-5995 on the date indicated below and is addressed to: BOX ASSIGNMENTS, Commissioner for Patents, Washington, D.C. 20231.
Date of Transmission: July 2, 2002

_[signature]_
Elena Whitaker-Paquiet

Attorney Docket No.: 11250.1003con
PATENT APPLICATION

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of **William D. Hoffman and John C. Hurley**

Group Art Unit: 2183

| | | |
|---|---|---|
| Application No. | : | **09/844,858** |
| Filed | : | April 27, 2001 |
| For | : | COLLECTION OF INFORMATION REGARDING A DEVICE OR A USER OF A DEVICE ACROSS A COMMUNICATION LINK |

### ASSIGNMENT TRANSMITTAL LETTER

TO THE COMMISSIONER FOR PATENTS:

1. Name of conveying party(ies):

   Aveo, Inc.
   5291 Patrick Henry Drive
   Santa Clara, CA  95054

2. Name and address of receiving party(ies):

   SHERWOOD PARTNERS, INC.
   1849 Sawtelle Boulevard, Suite 543
   Los Angeles, CA 90025

3. Nature of conveyance:
   [~~X~~] ~~Assignment~~  [X] Nunc Pro Tunc Assignment
   [ ] Change of Name
   [ ] Other:
   Execution date: May 24, 2002   Effective Date: 04/10/2001

4. [X] U.S. Application Serial No.: **09/844,858 filed April 27, 2001**

5. Applicant has granted power of attorney to or designated as domestic representative for this application:

11250.1003con                                    1

**PATENT**

CERTIFICATE OF FACSIMILE TRANSMISSION
I hereby certify that this correspondence is being transmitted herewith via facsimile transmission to Telephone No. (703) 306-5995 on the date indicated below and is addressed to: BOX ASSIGNMENTS, Commissioner for Patents, Washington, D.C. 20231.
Date of Transmission: July 2, 2002

Celena Whitaker-Paquiet

Attorney Docket No.: 11250.1003con
PATENT APPLICATION

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of William D. Hoffman and John C. Hurley

Group Art Unit: 2183

Application No.  : 09/844,858

Filed  : April 27, 2001

For  : COLLECTION OF INFORMATION REGARDING A DEVICE OR A USER OF A DEVICE ACROSS A COMMUNICATION LINK

## ASSIGNMENT TRANSMITTAL LETTER

TO THE COMMISSIONER FOR PATENTS:

1. Name of conveying party(ies):

   Aveo, Inc.
   5291 Patrick Henry Drive
   Santa Clara, CA 95054

2. Name and address of receiving party(ies):

   SHERWOOD PARTNERS, INC.
   1849 Sawtelle Boulevard, Suite 543
   Los Angeles, CA 90025

3. Nature of conveyance:
   [X] Assignment
   [ ] Change of Name
   [ ] Other:
   Execution date: **May 24, 2002**

4. [X] U.S. Application Serial No.: **09/844,858 filed April 27, 2001**

5. Applicant has granted power of attorney to or designated as domestic representative for this application:

11250.1003con

1

**PATENT**
**REEL: 029058 FRAME: 0451**

| Name | Reg. No. |
|---|---|
| Ann W. Speckman | 31,881 |
| Janet Sleath | 37,007 |
| Susan J. Friedman | 38,457 |
| Lisa N. Benado | 39,905 |

All of the law firm of SPECKMAN LAW GROUP, 1501 Western Avenue, Suite 100, Seattle, Washington 98101. Please direct all correspondence concerning this Assignment to Lisa N. Benado, at the previously listed address.

6. Total number patents or applications involved: 1.

7. Total fee: $40.00.
   [ ] A check for $40.00 in payment of the assignment recording fee is enclosed.
   [ ] The $40.00 fee for recording this assignment is included in the check for $00.00 submitted herewith.

8. [X] **Please charge our Deposit Account No. 19-3555 in the amount of $40.00.**
   [ ] The Commissioner is hereby authorized to charge any additional fees, which may be required in connection with the filing of these papers, or credit any overpayment, to Account No. 19-3555.

9. The information contained on this transmittal letter is true and correct to the best of the knowledge and belief of the person signing below.

Respectfully submitted,

By: _____
Lisa N. Benado
Registration No. 39,905

Total number of pages comprising transmittal letter: 2

Date: July 2, 2002

SPECKMAN LAW GROUP

20601

11250.1003con

2

PATENT

## ASSIGNMENT

WHEREAS, AVEO, INC., a California corporation having had a place of business at 5291 Patrick Henry Drive, Santa Clara, California, was formerly the assignee of record of the subject matter which is described and claimed in the following: U.S. Patent Application entitled SYSTEM, METHOD AND ARTICLE OF MANUFACTURE FOR PRODUCT RETURN OF SOFTWARE AND OTHER INFORMATION, the specification of which was filed on June 18, 1997 under U.S. Patent Application Serial No. 08/878,446 and issued on November 16, 1999 as U.S. Patent No. 5,984,508; U.S. Patent Application entitled MULTI-STAGE DATA FILTERING SYSTEM EMPLOYING MULTIPLE FILTERING CRITERIA, the specification of which was filed on December 4, 1997 under U.S. Patent Application Serial No. 08/985,389, and issued on December 11, 2001 as U.S. Patent No. 6,330,610; U.S. Patent Application entitled METHOD AND APPARATUS FOR COLLECTING INFORMATION REGARDING A DEVICE OR A USER OF A DEVICE, the specification of which was filed on January 31, 1998 under U.S. Patent Application Serial No. 09/017,112, and issued on May 22, 2001 as U.S. Patent No. 6,236,983; U.S. Patent Application entitled COLLECTION OF INFORMATION REGARDING A DEVICE OR A USER OF A DEVICE ACROSS A COMMUNICATION LINK, the specification of which was filed on April 27, 2001 under U.S. Patent Application Serial No. 09/844,858; and

WHEREAS, the above-mentioned U.S. patent applications and patents have been assigned from AVEO, INC., to SHERWOOD PARTNERS, INC., a California corporation having had a place of business at 1849 Sawtelle Boulevard, Suite 543, Los Angeles, California 90025 as stated in the attached General Assignment dated April 10, 2001; and

THEREFORE, for good and valuable consideration, the receipt, sufficiency and adequacy of which are hereby acknowledged, AVEO, INC. hereby assigns and transfers to SHERWOOD PARTNERS, INC., the full and exclusive right, title and interest in and to any and all such intellectual property rights, technology, and information relating in any way to the subject matter of the above-mentioned patent applications and patent, to be held and enjoyed by SHERWOOD PARTNERS, INC., for its own use and benefit, and for its successors and assigns, as fully and entirely as the same would have been held by AVEO, INC. had this assignment not been made.

1/2

**PATENT**
**REEL: 029058 FRAME: 0453**

I declare that I am properly authorized to execute this Assignment on the behalf of AVSO. This Assignment is made effective as of the 10th day of April, 2001.

_May 24, 202[?]_
Date

_[signature]_
Paul E. Hurley, President (former)
AVSO, INC.

3/3

PATENT
REEL: 029058 FRAME: 0454

## GENERAL ASSIGNMENT

This Assignment is made this 10 day of April, 2001, by Avao, Inc., located at 5291 Patrick Henry Drive, Santa Clara, California, hereinafter referred to as Assignor, to Sherwood Partners, Inc., a California corporation, hereinafter referred to as Assignee.

WITNESSETH: That Assignor, for and in consideration of the covenants and agreements to be performed by Assignee, as hereinafter contained, and for good and valuable consideration, receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, assign, convey and transfer to Assignee, its successors and assigns, in trust, for the benefit of Assignor's creditors generally, all of the property of Assignor of every kind and nature and wheresoever situated, both real and personal, and any interest or equity therein not exempt from execution, including, but not limited to, all that certain stock of merchandise, furniture and fixtures, accounts, books, cash on hand, cash in bank, deposits, patents, copyrights, trademarks and trade names, insurance policies, choses in action that are legally assignable, together with the proceeds of any existing non-assignable choses in action that may hereafter be recovered or received by Assignor. Assignor agrees to execute such additional documents as shall be necessary to accomplish the purposes of this Assignment.

This Assignment specifically includes and covers all claims for refund or abatement of all excess taxes heretofore or hereafter assessed against or collected from Assignor by the U.S. Treasury Department or any other taxing agency, and Assignor agrees to sign and execute power of attorney or such other documents as required to enable Assignee to file and prosecute, compromise and/or settle, all such claims before the Internal Revenue Service, U.S. Treasury Department or any other taxing agency.

Assignee is to receive said property, conduct said business, should it deem it proper, and is hereby authorized at any time after the signing hereof by Assignor to sell and dispose of said property upon such time and terms as it may see fit, and is to pay to creditors of Assignor pro rata, the net proceeds arising from the conducting of said business and sale and disposal of said property, after deducting all moneys which Assignee may at its option pay for the discharge of any lien on any of said property and any indebtedness which under the law is entitled to priority of payment, and all expenses, including a reasonable fee to Assignee and its attorney and to the attorney, if any, for Assignor.

If any dividends to creditors shall remain unclaimed for a period of one year after issuance of the final dividend checks, then the same shall become the property of Assignee and used to supplement its fees for services rendered in administering this Assignment. Any interest that may be earned on funds administered under this Assignment shall belong to and are hereby assigned to Assignee as additional fees for its services hereunder.

PATENT
REEL: 029058 FRAME: 0455

Assignee is also authorized and empowered to appoint such agents, field representatives and/or attorneys and/or accountants as it may deem necessary, and such agents and/or field representatives shall have full power and authority to open bank accounts in the name of Assignee or its nominees or agents and to deposit assigned assets or the proceeds thereof in such bank accounts and to draw checks thereon and with the further power and authority to do such other acts and to execute such papers and documents in connection with this Assignment as Assignee may consider necessary or advisable.

Assignor authorizes the forwarding of its mail by the U.S. Postal Department as directed by Assignee.

IN WITNESS WHEREOF the parties hereunder set their hands the day and year first above written.

TAX I.D. NUMBERS:

\# 13-344-7006

\# 447-94-220

Assignor:

Avaa, Inc.

By: _____
Its: CEO

Assignee:

Sherwood Partners, Inc.

By: _____
Its: CEO

RECORDED: 09/28/2012

PATENT
REEL: 029058 FRAME: 0456