# EXHIBIT 11

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

x



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.    cm.
  Includes index.
  ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
  1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
  PE1628.M36     2003
  423—dc21                                      2003003674
                                                     CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3456TT:QWV04

**theological virtue** n (1526) : one of the three spiritual graces faith, hope, and charity drawing the soul to God according to scholastic theology

**the·ol·o·gise** Brit var of THEOLOGIZE

**the·ol·o·gize** \ˈthē-ˈä-lə-ˌjīz\ vb **-gized; -giz·ing** vi (1649) : to make theological : give a religious significance to ~ vt : to theorize theologically — **the·ol·o·giz·er** n

**theo·logue** also **theo·log** \ˈthē-ə-ˌlȯg, -ˌläg\ n [L theologus theologian, fr. Gk theologos, fr. the- + legein to speak — more at LEGEND] (15c) : a theological student or specialist

**the·ol·o·gy** \thē-ˈä-lə-jē\ n, pl **-gies** [ME theologie, fr. AF, fr. L theologia, fr. Gk, fr. the- + -logia -logy] (14c) **1** : the study of religious faith, practice, and experience; esp : the study of God and of God's relation to the world **2 a** : a theological theory or system ⟨Thomist ~⟩ ⟨a ~ of atonement⟩ **b** : a distinctive body of theological opinion ⟨Catholic ~⟩ **3** : a usu. 4-year course of specialized religious training in a Roman Catholic major seminary

**the·on·o·mous** \thē-ˈä-nə-məs\ adj [the- + -nomous (as in autonomous)] (1947) : governed by God : subject to God's authority

**the·on·o·my** \-mē\ n [G Theonomie, fr. theo- (fr. L) + -nomie -nomy] (1890) : the state of being theonomous : government by God

**the·oph·a·ny** \thē-ˈä-fə-nē\ n, pl **-nies** [ML theophania, fr. LGk theophaneia, fr. Gk the- + -phaneia (as in epiphaneia appearance) — more at EPIPHANY] (ca. 1633) : a visible manifestation of a deity — **theo·phan·ic** \ˌthē-ə-ˈfa-nik\ adj

**the·oph·yl·line** \thē-ˈä-fə-lən\ n [ISV theo- (fr. NL thea tea) + phyll- + ²-ine] (ca. 1894) : a feebly basic bitter crystalline compound $C_7H_8N_4O_2$ present in tea leaves that is isomeric with theobromine and is used in medicine esp. as a bronchodilator

**the·or·bo** \thē-ˈȯr-(ˌ)bō\ n, pl **-bos** [modif. of It tiorba, teorba] (1605) : a stringed instrument of the 17th century resembling a large lute but having an extra set of long bass strings

**the·o·rem** \ˈthē-ə-rəm, ˈthir-əm\ n [LL theorema, fr. Gk theōrēma, fr. theōrein to look at, fr. theōros spectator, fr. thea act of seeing — more at THEATER] (1551) **1** : a formula, proposition, or statement in mathematics or logic deduced from or to be deduced from other formulas or propositions **2** : an idea accepted or proposed as a demonstrable truth often as a part of a general theory : PROPOSITION ⟨the ~ that the best defense is offense⟩ **3** : STENCIL **4** : a painting produced esp. on velvet by the use of stencils for each color — **the·o·rem·at·ic** \ˌthē-ə-rə-ˈma-tik, ˌthir-ə-\ adj

**the·o·ret·i·cal** \ˌthē-ə-ˈre-ti-kəl, ˌthir-ˈe-\ also **the·o·ret·ic** \-tik\ adj [LL theoreticus, fr. Gk theōrētikos, fr. theōrein to look at] (1601) **1 a** : relating to or having the character of theory : ABSTRACT **b** : confined to theory or speculation often in contrast to practical applications : SPECULATIVE ⟨~ physics⟩ **2** : given to or skilled in theorizing ⟨a brilliant ~ physicist⟩ **3** : existing only in theory : HYPOTHETICAL ⟨gave as an example a ~ situation⟩ — **the·o·ret·i·cal·ly** \-ti-k(ə-)lē\ adv (1701) **1** : in a theoretical way **2** : according to an ideal or assumed set of facts or principles : in theory

**the·o·re·ti·cian** \ˌthē-ə-rə-ˈti-shən, -re-; ˌthir-ə-\ n (1886) : THEORIST

**the·o·rise** Brit var of THEORIZE

**the·o·rist** \ˈthē-ə-rist, ˈthir-ist\ n (1646) : a person who theorizes

**the·o·rize** \ˈthē-ə-ˌrīz, ˈthir-ˌīz\ vb **-rized; -riz·ing** vi (1638) : to form a theory : SPECULATE ~ vt **1** : to form a theory about **2** : to propose as a theory — **the·o·ri·za·tion** \ˌthē-ə-rə-ˈzā-shən, ˌthir-ə-\ n — **the·o·riz·er** n

**the·o·ry** \ˈthē-ə-rē, ˈthir-ē\ n, pl **-ries** [LL theoria, fr. Gk theōria, fr. theōrein] (1592) **1** : the analysis of a set of facts in their relation to one another **2** : abstract thought : SPECULATION **3** : the general or abstract principles of a body of fact, a science, or an art ⟨music ~⟩ **4 a** : a belief, policy, or procedure proposed or followed as the basis of action ⟨her method is based on the ~ that all children want to learn⟩ **b** : an ideal or hypothetical set of facts, principles, or circumstances — often used in the phrase in theory ⟨in ~, we have always advocated freedom for all⟩ **5** : a plausible or scientifically acceptable general principle or body of principles offered to explain phenomena ⟨the wave ~ of light⟩ **6 a** : a hypothesis assumed for the sake of argument or investigation **b** : an unproved assumption : CONJECTURE **c** : a body of theorems presenting a concise systematic view of a subject ⟨~ of equations⟩ **syn** see HYPOTHESIS

**theory of games** (1944) : GAME THEORY

**theory of numbers** (1811) : NUMBER THEORY

**the·os·o·phist** \thē-ˈä-sə-fist\ n (1656) **1** : an adherent of theosophy **2** cap : a member of a theosophical society

**the·os·o·phy** \-fē\ n [ML theosophia, fr. LGk, fr. Gk the- + sophia wisdom — more at SOPHY] (1650) **1** : teaching about God and the world based on mystical insight **2** often cap : the teachings of a modern movement originating in the U.S. in 1875 and following chiefly Buddhist and Brahmanic theories esp. of pantheistic evolution and reincarnation — **theo·soph·i·cal** \ˌthē-ə-ˈsä-fi-kəl\ adj — **theo·soph·i·cal·ly** \-k(ə-)lē\ adv

**Theo·to·kos** \ˌthē-ə-ˈtō-(ˌ)kōs, -thä-, -kəs\ n [LGk, fr. Gk the- + tokos childbirth; akin to Gk tiktein to beget — more at THANE] (1868) : VIRGIN MARY

**ther·a·peu·sis** \ˌther-ə-ˈpyü-səs\ n [NL, fr. Gk, treatment, fr. therapeuein] (ca. 1857) : THERAPEUTICS

**ther·a·peu·tic** \ˌther-ə-ˈpyü-tik\ adj [Gk therapeutikos, fr. therapeuein to attend, treat, fr. theraps attendant] (1646) **1** : of or relating to the treatment of disease or disorders by remedial agents or methods ⟨a ~ rather than a diagnostic specialty⟩ **2** : providing or assisting in a cure : CURATIVE, MEDICINAL ⟨~ diets⟩ ⟨a ~ investigation of government waste⟩ — **therapeutic** n — **ther·a·peu·ti·cal·ly** \-ti-k(ə-)lē\ adv

**therapeutic index** n (1926) : a measure of the relative desirability of a drug for the attaining of a particular medical end that is usu. expressed as the ratio of the largest dose producing no toxic symptoms to the smallest dose routinely producing cures

**ther·a·peu·tics** \ˌther-ə-ˈpyü-tiks\ n pl but sing or pl in constr (1671) : a branch of medical science dealing with the application of remedies to diseases

**therapeutic touch** n (1977) : a technique in alternative medicine that involves passing the hands over the body of the person being treated and that is held to induce relaxation, reduce pain, and promote healing

**ther·a·pist** \ˈther-ə-pist\ n (1886) : one specializing in therapy; esp : a person trained in methods of treatment and rehabilitation other than the use of drugs or surgery ⟨a speech ~⟩

**the·rap·sid** \thə-ˈrap-səd\ n [NL Therapsida, fr. ther- mammal (fr. Gk thēr wild animal) + apsid-, apsis arch, vault — more at FIERCE, APSIS] (1912) : any of an order (Therapsida) of Permian and Triassic synapsid reptiles considered ancestors of the mammals — **therapsid** adj

**ther·a·py** \ˈther-ə-pē\ n, pl **-pies** [NL therapia, fr. Gk therapeia, fr. therapeuein] (ca. 1846) : therapeutic treatment esp. of bodily, mental, or behavioral disorder

**Ther·a·va·da** \ˌther-ə-ˈvä-də\ n [Pali theravāda, lit., doctrine of the elders] (1882) : a conservative branch of Buddhism comprising sects chiefly in Sri Lanka, Myanmar, Thailand, Laos, and Cambodia and adhering to the original Pali scriptures alone and to the nontheistic ideal of nirvana for a limited select number — compare MAHAYANA

¹**there** \ˈther\ adv [ME, fr. OE thær; akin to OHG dār there, OE that] (bef. 12c) **1** : in or at that place ⟨stand over ~⟩ — often used interjectionally **2** : to or into that place : THITHER ⟨went ~ after church⟩ **3** : at that point or stage ⟨stop right ~ before you say something you'll regret⟩ **4** : in that matter, respect, or relation ⟨~ is where I disagree with you⟩ **5** — used interjectionally to express satisfaction, approval, encouragement or sympathy, or defiance ⟨~, it's finished⟩

²**there** \ˈther, 1 is also thər\ pron (bef. 12c) **1** — used as a function word to introduce a sentence or clause ⟨~ shall come a time⟩ **2** — used as an indefinite substitute for a name ⟨hi ~⟩

³**there** \same as ¹\ n (1588) **1** : that place or position ⟨there is no here and no ~ . . . in pure space —James Ward⟩ **2** : that point ⟨you take it from ~⟩

⁴**there** \same as ¹\ adj (1590) **1** — used for emphasis esp. after a demonstrative pronoun or a noun modified by a demonstrative adjective ⟨those men ~ can tell you⟩ **2** nonstand — used for emphasis after a demonstrative adjective but before the noun modified ⟨I bet I cussed that ~ blamed mule five hundred times —Elizabeth M. Roberts⟩ **3** : capable of being relied on for support or aid ⟨she is always ~ for him⟩ **4** : fully conscious, rational, or aware ⟨not all ~⟩

**there·abouts** \ˌther-ə-ˈbau̇ts, ˈther-ə-ˌ\ also **there·about** \-ˈbau̇t, -ˌbau̇t\ adv (bef. 12c) **1** : near that place or time **2** : near that number, degree, or quantity ⟨a boy of 18 or ~⟩

**there·af·ter** \ther-ˈaf-tər\ adv (bef. 12c) **1** : after that **2** archaic : according to that : ACCORDINGLY

**there·at** \-ˈat\ adv (bef. 12c) **1** : at that place **2** : at that occurrence

**there·by** \ther-ˈbī, ˈther-ˌ\ adv (bef. 12c) **1** : by that : by that means ⟨~ lost her chance to win⟩ **2** : connected with or with reference to that ⟨~ hangs a tale —Shak.⟩

**there'd** \ˈtherd, ˈther-əd\ (1691) : there had : there would

**there·for** \ther-ˈfȯr\ adv (12c) : for or in return for that ⟨ordered a change and gave his reasons ~⟩

**there·fore** \ˈther-ˌfȯr\ adv (14c) **1 a** : for that reason : CONSEQUENTLY **b** : because of that **c** : on that ground **2** : to that end

**there·from** \ther-ˈfrəm, -ˈfräm\ adv (13c) : from that or it

**there·in** \ther-ˈin\ adv (bef. 12c) **1** : in or into that place, time, or thing **2** : in that particular or respect ⟨~ lies the problem⟩

**there·in·af·ter** \ˌther-in-ˈaf-tər\ adv (1818) : in the following part of that matter (as writing, document, or speech)

**there·in·to** \ther-ˈin-(ˌ)tü\ adv (14c) archaic : into that or it

**there'll** \ˈther(-ə)l\ (1616) : there will : there shall

**the·re·min** \ˈther-ə-mən\ n [modif. of Russ termen-voks fr. Lev Sergeevich Termen (Léon Thérémin) †1993 Russ. engineer & inventor + L vox voice] (1927) : a purely melodic electronic musical instrument typically played by moving the hands in the electromagnetic fields surrounding two projecting antennae

**there·of** \ther-ˈəv, -ˈäv\ adv (bef. 12c) **1** : of that or it **2** : from that cause or particular : THEREFROM

**there·on** \-ˈȯn, -ˈän\ adv (bef. 12c) **1** : on that ⟨a text with a commentary ~⟩ **2** archaic : THEREUPON

**there's** \ˈtherz, thərz\ (1580) : there is : there has

**there·to** \ther-ˈtü\ adv (bef. 12c) : to that ⟨a text and the notes ~⟩

**there·to·fore** \ˈther-tə-ˌfȯr, ˌther-tə-ˈ\ adv (14c) : up to that time ⟨a ~ unknown author⟩

**there·un·der** \ther-ˈən-dər\ adv (bef. 12c) : under that

**there·un·to** \ˌther-ˈən-(ˌ)tü, ther-ən-ˈtü\ adv (14c) archaic : THERETO

**there·up·on** \ˈther-ə-ˌpȯn, -ˌpän; ther-ə-ˈ\ adv (13c) **1** : on that matter **2** : THEREFORE **3** : immediately after that

**there've** \ˈtherv, thərv\ (1846) : there have

**there·with** \ther-ˈwith, -ˈwith\ adv (bef. 12c) **1** : with that **2** archaic : THEREUPON, FORTHWITH

**there·with·al** \ˌther-wi-ˈthȯl, -ˈthȯl\ adv (14c) **1** archaic : BESIDES **2** : THEREWITH

**the·ri·ac** \ˈthir-ē-ˌak\ n [NL theriaca] (1568) **1** : THERIACA **2** : CUREALL

**the·ri·a·ca** \thi-ˈrī-ə-kə\ n [NL, fr. L, antidote against poison — more at TREACLE] (1562) : a mixture of many drugs and honey formerly held to be an antidote to poison — **the·ri·a·cal** \-kəl\ adj

**the·ri·an** \ˈthir-ē-ən\ n [NL Theria, fr. Gk thēria, pl. of therion wild animal — more at TREACLE] (1962) : any of a subclass (Theria) of mammals comprising the marsupials and the placental mammals — **therian** adj

**the·rio·mor·phic** \ˌthir-ē-ō-ˈmȯr-fik\ adj [Gk thēriomorphos, fr. therion wild animal + morphē form — more at TREACLE] (1882) : having an animal form ⟨~ gods⟩

**therm** \ˈthərm\ n [Gk thermē heat, fr. thermos hot; akin to L formus warm, Skt gharma heat] (1888) : a unit for quantity of heat that equals 100,000 British thermal units

**therm-** or **thermo-** comb form [Gk, fr. thermē] **1** : heat ⟨thermostat⟩ **2** : thermoelectric ⟨thermopile⟩

**-therm** n comb form [Gk thermē heat] : animal having a (specified) body temperature ⟨ectotherm⟩

¹**ther·mal** \ˈthər-məl\ adj [Gk thermē] (1756) **1** [L thermae public baths, fr. Gk thermai, pl. of thermē] : of, relating to, or marked by the presence of hot springs ⟨~ waters⟩ **2 a** : of, relating to, or caused by heat ⟨~ stress⟩ ⟨~ insulation⟩ **b** : being or involving a state of matter de-

pendent upon temperature ⟨~ structure⟩ **c** : having thermal agitation ⟨~ spaces⟩ to prevent the loss of heat] (1933) : a rising body of warm air

**ther·mal·ly** \-mə-lē\ adv

**ther·mal·ize** \ˈthər-mə-ˌlīz\ vt : to reduce the effective speed of (a particle) by means of a moderator — **ther·mal·i·za·tion** \ˌthər-mə-lə-ˈzā-shən\ n

**thermal pollution** n (1968) : the discharge of heated liquid (as water from a factory) into natural waters at a temperature harmful to the environment

**thermal printer** n (1966) : a computer printer in which heat is applied to chemically treated heat-sensitive paper

**ther·mic** \ˈthər-mik\ adj [F thermique, fr. Gk thermē] : THERMAL — **ther·mi·cal·ly** \-mi-k(ə-)lē\ adv

**thermionic emission** n : the emission of charged particles from an incandescent source, fr. thermionic, adj. (ca. 1909)

**ther·mi·on·ics** \ˌthər-(ˌ)mī-ˈä-niks\ n pl but sing in constr : a branch of physics dealing with thermionic phenomena

**ther·mis·tor** \ˈthər-ˌmis-tə(r)\ n [thermal + resistor] : an electrical resistor making use of a semiconductor whose resistance varies sharply in a known manner with the temperature

**Ther·mit** \ˈthər-mət, -ˌmit\ trademark — used for a mixture of aluminum powder and a metal oxide that on ignition yields a great deal of heat and is used esp. in welding

**ther·mite** \ˈthər-ˌmīt\ n [ther-mit]

**ther·mo·chem·is·try** \ˌthər-mō-ˈkem-ə-strē\ n : a branch of chemistry that deals with the interrelation of heat with chemical reaction or physical change of state — **ther·mo·chem·i·cal** \-i-kəl\ adj — **ther·mo·chem·ist** \-ist\ n

**ther·mo·cline** \ˈthər-mə-ˌklīn\ n : the region in a thermally stratified body of water which separates warmer oxygen-rich surface water from cold deep water and in which temperature decreases rapidly with depth

**ther·mo·cou·ple** \ˈthər-mō-ˌkəp-əl\ n : a device for measuring temperature in which a pair of wires (as copper and iron) are joined and the free ends connected to an instrument (as a voltmeter) that measures the difference in potential created at the junction of the two metals

**ther·mo·du·ric** \ˌthər-mō-ˈdu̇r-ik, -ˈdyu̇r-\ adj [L durare to last — more at DURING] (1927) : able to survive pasteurization temperatures ⟨~ bacteria⟩

**ther·mo·dy·nam·ic** \ˌthər-mō-dī-ˈna-mik\ also **ther·mo·dy·nam·i·cal** \-mi-kəl\ adj (1849) **1** : of or relating to thermodynamics **2** : being or relating to a system of atoms, molecules, colloidal particles, or larger bodies considered as an isolated group in the study of dynamic processes — **ther·mo·dy·nam·i·cal·ly** adv

**ther·mo·dy·nam·ics** \-miks\ n pl but sing in constr (ca. 1854) : physics that deals with the mechanical action or relations of heat — **ther·mo·dy·nam·i·cist** \-nə-mə-sist\ n

**ther·mo·elec·tric** \ˌthər-mō-i-ˈlek-trik\ also **ther·mo·elec·tri·cal** \-tri-kəl\ adj : dependent on phenomena that involve relations between the temperature and the electrical conditions in a metal or in contacting metals — **ther·mo·elec·tric·i·ty** \-ˌlek-ˈtri-sə-tē\ n : electricity produced by the direct action of heat (as by the unequal heating of a circuit composed of two dissimilar metals)

**ther·mo·el·e·ment** \-ˈel-ə-mənt\ n : a device (as a thermocouple) for generating small currents consisting of a pair of bars or wires of different metals in electrical contact with a circuit

**ther·mo·form** \ˈthər-mə-ˌfȯrm\ vt : to give a final shape to (as plastic) with the aid of heat and usu. pressure — **ther·mo·form·able** \ˌthər-mə-ˈfȯr-mə-bəl\ adj

**ther·mo·gen·ic** \ˌthər-mə-ˈjen-ik\ adj : of, relating to, or causing the production of heat; also : producing or tending to produce heat by the oxidation of bacteria; also : produced by heat

**ther·mo·gen·e·sis** \ˌthər-mō-ˈjen-ə-səs\ n : the production of heat esp. in the body (as by the oxidation of food)

**ther·mo·gram** \ˈthər-mə-ˌgram\ n (1889) **1** : a photographic record made by a thermograph **2** : the record made by a recording thermometer **3** : the record made by thermography

**ther·mo·graph** \-ˌgraf\ n [ISV] (1840) **1** : a recording thermometer **2** : THERMOGRAM **3** : an apparatus for producing a thermogram — **ther·mo·graph·ic** \ˌthər-mə-ˈgraf-ik\ adj — **ther·mog·ra·phy** \(ˌ)thər-ˈmäg-rə-fē\ n (1840) : a process of printing involving the use of special inks and powders which when heated produce raised letters; also : the making of thermograms — **thermographic** adj — **thermographically** adv

**ther·mo·ha·line** \ˌthər-mō-ˈha-ˌlīn, -lən\ adj [halo- + -ine] — more at SALT] (1942) : involving the combined effect of temperature and salinity of seawater esp. in producing density differences that cause convection

**ther·mo·junc·tion** \-ˈjəŋ(k)-shən\ n : the junction of conductors used to produce a thermoelectric current

**ther·mo·la·bile** \-ˈlā-ˌbī(-ə)l, -bəl\ adj : unstable when heated; specif : subject to loss of characteristic properties on being heated to or above 55°C (131°F) ⟨the vitamins are ~⟩ — **ther·mo·la·bil·i·ty** \-lā-ˈbi-lə-tē\ n

**ther·mo·lu·mi·nes·cence** \-ˌlü-mə-ˈne-sən(t)s\ n : phosphorescence developed in a previously excited solid on gentle heating **2** : the determination of the age (as of pottery) by the amount of thermoluminescence produced — **ther·mo·lu·mi·nes·cent** \-ənt\ adj — **thermoluminescence dating** n

**ther·mo·mag·net·ic** \ˌthər-mō-mag-ˈne-tik\ adj : of or relating to the effects of heat upon the magnetic properties of a material; also : of, relating to, or dependent upon both heat and magnetism

**ther·mom·e·ter** \thə(r)-ˈmä-mə-tər\ n [F thermomètre, fr. Gk thermē heat + F -o- + -mètre -meter]