# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC et al., | No. 1:14-cv-00220-MRH |
| *Plaintiffs*, | The Honorable Mark R. Hornak |
| v. | |
| ERIE INDEMNITY COMPANY et al., | |
| *Defendants*. | |
| INTELLECTUAL VENTURES I LLC et al., | No. 2:14-cv-01130-MRH |
| *Plaintiffs*, | The Honorable Mark R. Hornak |
| v. | |
| OLD REPUBLIC GENERAL INSURANCE GROUP, INC. et al., | |
| *Defendants*. | |
| INTELLECTUAL VENTURES I LLC et al., | No. 2:14-cv-01131-MRH |
| *Plaintiffs*, | The Honorable Mark R. Hornak |
| v. | |
| HIGHMARK INC. et al., | |
| *Defendants*. | |

**OLD REPUBLIC DEFENDANTS' JOINDER IN
ERIE AND HIGHMARK DEFENDANTS' MOTION TO DISMISS
DUE TO LACK OF SUBJECT MATTER JURISDICTION**

AND NOW, come Defendants Old Republic General Insurance Group, Inc., Old Republic Insurance Company, Old Republic Title Insurance Group, Inc., and Old Republic National Title Insurance Company (collectively, "Old Republic"), by and through their counsel, and respectfully submit this Joinder. For the reasons set forth in Erie and Highmark Defendants' Motion to Dismiss Due to Lack of Subject Matter Jurisdiction (ECF No. 75) and Memorandum in Support of Their Motion to Dismiss Due to Lack of Subject Matter Jurisdiction (ECF No. 76), Old Republic joins that motion to dismiss for lack of subject matter jurisdiction.

WHEREFORE, Old Republic respectfully requests that this Honorable Court grant the Motion and dismiss Plaintiffs Intellectual Ventures I LLC's and Intellectual Ventures II LLC's infringement claims with respect to U.S. Patent No. 6,519,581 under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.

/
/
/
/
/
/
/
/
/
/
/
/
/

3

Dated: February 27, 2015                                  Respectfully submitted,


       *s/ Vernon M. Winters*
Vernon M. Winters
Vernon M. Winters (pro hac vice)
**Sidley Austin LLP**
555 California Street, 20th Floor
San Francisco, CA 94018
t: 415.772.7441
e: vwinters@sidley.com

Arthur H. Stroyd, Jr.
PA ID No. 15910
Justin T. Romano
PA ID No. 307879
**Del Sole Cavanaugh Stroyd LLC**
The Waterfront Building 200 First Avenue,
Suite 300 Pittsburgh, PA 15222
(412) 261-2393
astroyd@dscslaw.com
jromano@dscslaw.com

*Counsel for Defendants, Old Republic General Insurance Group, Inc.; Old Republic Insurance Company; Old Republic Title Insurance Group, Inc.; and Old Republic National Title Insurance Company*