IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC et al., | No. 1:14-cv-00220-MRH |
| *Plaintiffs*, | The Honorable Mark R. Hornak |
| v. | |
| ERIE INDEMNITY COMPANY et al., | |
| *Defendants*. | |
| INTELLECTUAL VENTURES I LLC et al., | No. 2:14-cv-01130-MRH |
| *Plaintiffs*, | The Honorable Mark R. Hornak |
| v. | |
| OLD REPUBLIC GENERAL INSURANCE GROUP, INC. et al., | |
| *Defendants*. | |
| INTELLECTUAL VENTURES I LLC et al., | No. 2:14-cv-01131-MRH |
| *Plaintiffs*, | The Honorable Mark R. Hornak |
| v. | |
| HIGHMARK INC. et al., | |
| *Defendants*. | |

## Declaration of Alexander David Baxter in Support of Motion for Admission *Pro Hac Vice*

In accordance with 28 U.S.C. § 1746, I, Alexander David Baxter, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants Old Republic General Insurance Group, Inc.; Old Republic Insurance Company; Old Republic Title Insurance Group, Inc.; and Old Republic National Title Insurance Company in the above-captured matter pursuant to LCvR 83.2

and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Alexander David Baxter, declare as follows:

1. I am an associate of the law firm Sidley Austin LLP.

2. My business address is 555 California Street, Suite 2000, San Francisco, California 94104.

3. I am a member in good standing of the bars of: the State of California; the United States District Court for the Northern District of California; and the United States District Court for the Eastern District of Texas.

4. My California bar identification number is 281569.

5. A current certificate of good standing from the State Bar of California is attached to this Declaration as Exhibit 1.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 27, 2015         s/Alexander D. Baxter
                                    Alexander D. Baxter

                                    Alexander D. Baxter
                                    State Bar No. CA 281569
                                    S<small>IDLEY</small> A<small>USTIN</small> LLP
                                    555 California Street, Suite 2000
                                    San Francisco, CA 94104
                                    (415) 772-1200
                                    (415) 772-7400 (fax)
                                    abaxter@sidley.com

                                    *Counsel for Defendants Old Republic*
                                    *General Insurance Group, Inc.; Old*
                                    *Republic Insurance Company; Old Republic*
                                    *Title Insurance Group, Inc.; and Old*
                                    *Republic National Title Insurance Company*

# Exhibit 1

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

December 1, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALEXANDER DAVID BAXTER, #281569 was admitted to the practice of law in this state by the Supreme Court of California on December 29, 2011; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records