IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC<br>and<br>INTELLECTUAL VENTURES II LLC<br><br>    *Plaintiffs,*<br><br>v.<br><br>ERIE INDEMNITY COMPANY;<br>ERIE INSURANCE EXCHANGE;<br>ERIE INSURANCE PROPERTY &<br>CASUALTY COMPANY;<br>ERIE INSURANCE COMPANY;<br>FLAGSHIP CITY INSURANCE<br>COMPANY; and<br>ERIE FAMILY LIFE INSURANCE<br>COMPANY<br><br>    *Defendants.* | §§§§§§§§§§§§§§§§§§§ | Civil Action No. 1:14-CV-00220<br><br>LEAD CASE<br><br><br>ELECTRONICALLY FILED |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC<br>and<br>INTELLECTUAL VENTURES II LLC<br><br>    *Plaintiffs,*<br><br>v.<br><br>OLD REPUBLIC GENERAL<br>INSURANCE GROUP, INC;<br>OLD REPUBLIC INSURANCE<br>COMPANY;<br>OLD REPUBLIC TITLE INSURANCE<br>GROUP, INC; and<br>OLD REPUBLIC NATIONAL TITLE<br>INSURANCE COMPANY<br><br>    *Defendants.* | §§§§§§§§§§§§§§§§§§ | Civil Action No. 2:14-CV-1130 |

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC <br> and <br> INTELLECTUAL VENTURES II LLC <br><br>     *Plaintiffs,* <br><br> v. <br><br> HIGHMARK, INC.; <br> HM INSURANCE GROUP, INC.; <br> HM LIFE INSURANCE COMPANY; <br> HIGHMARK CASUALTY INSURANCE COMPANY; <br> HM CASUALTY INSURANCE COMPANY; <br><br>     *Defendants.* | § § § § § § § § § § § § § § § § § § §    Civil Action No. 2:14-CV-1131 |

## THE INTELLECTUAL VENTURES PLAINTIFFS' NOTICE OF ASSERTED PATENTS

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively "Intellectual Ventures") submit this notice regarding the patents they are asserting in these cases.

1. On January 30, 2015, the Court entered an order indicating that if Intellectual Ventures sought "to further address any matters regarding a substitution into these actions of the parent to the '581 patent for the '581 patent, they shall do so on the record on or before March 6, 2015." (Docket No. 68).

2. On February 27, 2015, Defendants filed a Rule 12(b)(1) motion to dismiss the '581 patent. (Docket Nos. 74 and 77).

3. After consideration of Defendants' motions, Intellectual Ventures stands by its prior statement to the Court that it does not intend to substitute the parent of the '581 patent for the '581 patent.

4. Therefore, Intellectual Ventures gives notice to the Court that is not seeking leave to substitute the parent of the '581 patent for the '581 patent.

Respectfully submitted,

*/s/Robert L. Wagner* _____

**Henry M. Sneath** (Pa. ID No. 40559)
**Robert L. Wagner** (Pa. ID No. 308499)
**Kelly A. Williams** (Pa. ID No. 74782)
**Picadio Sneath Miller & Norton, P.C.**
Four Gateway Center
444 Liberty Avenue
Suite 1105
Pittsburgh, PA 15222
412.288.4000 (telephone)
412.288.2405 (facsimile)
hsneath@psmn.com
rwagner@psmn.com
kwilliams@psmn.com

**Derek Gilliland**
Texas State Bar No. 24007239
**Nix Patterson & Roach, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com
Attorney in Charge

**Edward Chin**
Texas State Bar No. 50511688
**Andrew J. Wright**
Texas State Bar No. 24063927
**Kirk Voss**
Texas State Bar No. 24075229
**Christian J. Hurt**
Texas State Bar No. 24059987
**Robert Winn Cutler**
Texas State Bar No. 24084364
**Ross Leonoudakis**
Texas State Bar No. 24087915
**Nix Patterson & Roach, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
edchin@me.com
andrewjwright@me.com
kirkvoss@me.com
christianhurt@nixlawfirm.com
winncutler@nixlawfirm.com
rossl@nixlawfirm.com

*Counsel for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.5 and served via the Court's electronic filing system on all counsel who have consented to electronic service on March 6, 2015.

*/s/Robert L. Wagner*