IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>ERIE FAMILY LIFE INSURANCE COMPANY;<br>ERIE INDEMNITY COMPANY;<br>ERIE INSURANCE COMPANY;<br>ERIE INSURANCE EXCHANGE;<br>ERIE INSURANCE PROPERTY & CASUALTY<br>COMPANY; and<br>FLAGSHIP CITY INSURANCE COMPANY,<br><br>            Defendants. | Civil Action No. 1:14-cv-00220-MRH<br><br>U.S. District Judge Mark R. Hornak<br><br>**ELECTRONICALLY FILED** |
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>HIGHMARK INC.;<br>HM INSURANCE GROUP, INC.;<br>HM LIFE INSURANCE COMPANY;<br>HIGHMARK CASUALTY INSURANCE<br>COMPANY; and<br>HM CASUALTY INSURANCE COMPANY,<br><br>            Defendants. | Civil Action No. 2:14-cv-01131-MRH |

**[PROPOSED] ORDER GRANTING ERIE AND HIGHMARK DEFENDANTS'
MOTION TO STRIKE HEARSAY DECLARATION OF PAUL HURLEY**

For the reasons stated in Erie and Highmark Defendants' Motion to Strike Hearsay Declaration of Paul Hurley, the Court hereby ORDERS as follows:

1.       The declaration of Paul Hurley offered by Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (Dkt. 81-2), is stricken as hearsay under as Federal Rule of Evidence 801and 805.

        **SO ORDERED** this _____ day of _____, 2015

        _____
        Mark R. Hornak
        United States District Judge