# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | ) ) ) 1:14-cv-00220 |
| Plaintiffs, | ) ) **ELECTRONICALLY FILED** |
| v. | ) ) |
| ERIE INDEMNITY COMPANY, et al., | ) ) |
| Defendants. | ) |

Hearing Type:   Pre-Argument Telephonic Status Conference

Date:   April 7, 2015

Before:   Judge Mark R. Hornak

| Counsel for Plaintiff | Henry Sneath, Christian Hurt, Derek Gilliland, Robert Wagner |
|---|---|
| Counsel for Defendant | Erie and Highmark Defendants: Gregory Lantier, John Ebken |
| | Old Republic Defendants: Arthur Stroyd, Jr., Vernon Winters |
| Court Reporter | Shirley Hall |
| Law Clerk/Deputy Clerk | Bethany Lipman |
| Start time | 3:35 pm |
| End time | 3:55 pm |

**SUMMARY OF PROCEEDINGS:**

The Court held this telephonic status conference to discuss logistics of the upcoming oral argument which will be held on April 14, 2015