# EXHIBIT 2

From: **Patrick Fitch** <pfitch@intven.com>
Date: Mon, Feb 2, 2015 at 1:08 PM
Subject: RE: Mary Redman Referral - IV Litigation
To: Lisa <lisabe@gmail.com>

Lisa,

Do you have a few minutes for a quick follow-up conversation?

Thanks,

Pat

**From:** Lisa [mailto:lisabe@gmail.com]
**Sent:** Wednesday, January 28, 2015 10:58 AM
**To:** Patrick Fitch
**Subject:** Re: Mary Redman Referral - IV Litigation

These phone numbers for Paul are very old (from 2004), but just in case they are still active:

212-367-8118 or cell 650-799-6715

Lisa

On Wed, Jan 28, 2015 at 10:45 AM, Patrick Fitch <pfitch@intven.com> wrote:

Lisa,



EXHIBIT
12
DEPONENT NAME: LISA N. BENADO
DATE: 2/13/2015

Paul Hurley moved on from the company you mentioned today. Do you have any contact information for him?

Thanks,

Pat

**From:** Lisa [mailto:lisabe@gmail.com]
**Sent:** Tuesday, January 27, 2015 12:33 PM
**To:** Patrick Fitch
**Subject:** Re: Mary Redman Referral - IV Litigation

I expect to be available between 10am and noon tomorrow.

Lisa

On Tue, Jan 27, 2015 at 12:30 PM, Patrick Fitch <pfitch@intven.com> wrote:

Lisa,

Thanks for getting back to me. How does your schedule look tomorrow?

Thanks,

Pat

**From:** Lisa [mailto:lisabe@gmail.com]
**Sent:** Tuesday, January 27, 2015 11:49 AM

Confidential Attorney Eyes Only Information          BENADO-IV-INSWDPA-0000002

**To:** Patrick Fitch
**Subject:** Re: Mary Redman Referral - IV Litigation

Patrick,

I was not able to call you today at 11 due to my work. I have time now if you want to chat.

Lisa

On Mon, Jan 26, 2015 at 8:18 PM, Patrick Fitch <pfitch@intven.com> wrote:

Thanks very much. Please use 866-570-9873 (code 4214579151). Look forward to speaking with you tomorrow at 11am PT.

On Jan 26, 2015, at 8:12 PM, Lisa <lisabe@gmail.com> wrote:

Hi Patrick,

I believe I will have time to talk tomorrow (Tuesday) at 11am. Please send me a dial in number.

Lisa

On Mon, Jan 26, 2015 at 3:45 PM, Patrick Fitch <pfitch@intven.com> wrote:

Hi Lisa,

Nice to make your acquaintance. I believe Mary has made you aware that we're looking into a patent you worked on in private practice. I'm hoping you're willing to take a few minutes out of your schedule and chat with me and some other folks about the history of that deal. If you're willing, please let me know if you're available tomorrow morning and I can send you a meeting invitation.

Confidential Attorney Eyes Only Information          BENADO-IV-INSWDPA-0000003

Thanks in advance and I look forward to speaking with you,

Pat

**Patrick A. Fitch**

Director, Litigation Attorney

E – pfitch@intven.com

T – 425-247-2404

F – 425-467-2350

<image001.jpg>

<image002.png>
<image003.png>   <image004.png>   <image005.png>   <image006.png>

*This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

Confidential Attorney Eyes Only Information          BENADO-IV-INSWDPA-0000004