IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | 1:14-cv-00220<br><br>**ELECTRONICALLY FILED** |
| v. | ) ) | |
| ERIE INDEMNITY COMPANY, et al., | ) ) | |
| Defendants. | ) | |

Hearing Type:   Oral Argument

Date:   April 14, 2015

Before:   Judge Mark R. Hornak

| Counsel for Plaintiff | Christian Hurt, Derek Gilliland, Robert Wagner, Patrick Fitch |
|---|---|
| Counsel for Defendant | Erie and Highmark Defendants: Gregory Lantier, John Ebken |
| | Old Republic Defendants: Arthur Stroyd, Jr., Vernon Winters, Thomas Dare, Alex Baxter |
| Court Reporter | Shirley Hall |
| Law Clerk/Deputy Clerk | Bethany Lipman |
| Start time | 9:10 am |
| End time | 3:40 pm |

**SUMMARY OF PROCEEDINGS:**

The Court held oral argument on the pending Motions to Dismiss [Dkt. 14-220, ECF No. 46, Dkt. 14-1130, ECF No. 30; Dkt. 14-1131, ECF No. 47, Dkt. 14-220, ECF No. 74] and related Motions [Dkt. 14-1130, ECF No. 33; Dkt. 14-220, ECF No. 82].   An appropriate Order will issue.