# Plaintiffs' Demonstratives
## Motions to Dismiss Under § 101
United States Patent Nos. 6,519,581; 6,510,434; and 6,546,002

*Intellectual Ventures v. Erie Family Life Ins. Co. et. al.,*
**Civ. No. 1:14-CV-220-MRH**

**INTELLECTUAL** VENTURES®

# Procedural Framework

- Rule 12(b)(6) motion only granted if Complaint fails to state a plausible claim for relief

- Defendants bear burden of proof on § 101

- Each claim is presumed valid under § 282

- Patent-eligibility analysis can contain underlying factual issues

**INTELLECTUAL** VENTURES®

# Procedural Framework

"Although the Court recognizes that, under certain circumstances, a determination of patent validity under section 101 may be made at the pleading stage on a motion to dismiss, *the issue of patentable subject matter requires a legal analysis that can—and often does—'contain underlying factual issues.'* . . . . [I]t seems a definitive ruling on eligibility before claim construction *is only warranted in narrow circumstances, making such a ruling the exception rather than the rule*. . . . While the claim language of some patents may be so clear that the court need only undertake a facial analysis to render it invalid at the pleading stage, *that will not be the norm* and is certainly not the case here."

*Certified Measurement, LLC v. CenterPoint Energy Houston, Elec. LLC,*
**2015 U.S. Dist. LEXIS 39831, at *4-5 (E.D. Tex. Mar. 30, 2015) (Federal Circuit citations omitted)**

**INTELLECTUAL** VENTURES

# Substantive Framework

- *Alice* **Step 1**: Are the claims at issue directed to an abstract idea?

- *Alice* **Step 2**: If so, are the claim limitations insufficient such that the claim in practice does not amount to significantly more than a patent upon the abstract idea itself?

- Courts tread carefully in applying the exclusion

- The *Bilski* machine-or-transformation test is an important and useful clue

**INTELLECTUAL** VENTURES



# The '581 Patent

**INTELLECTUAL** VENTURES®



# Is the Patent Directed to an Abstract Idea?

## Abstract

## Not Abstract

- Methods of Conducting Business

- Managing Financial and Legal Relationships

- Mathematical Equations

- Ideas Upon Themselves

- Specific Machines

- Improvements to Existing Technological Processes

- Solutions Necessarily Rooted in Computer Technology to Overcome a Technological Problem

**INTELLECTUAL** VENTURES

# The Patent is Directed to Computer Technology



(54) **COLLECTION OF INFORMATION REGARDING A DEVICE OR A USER OF A DEVICE ACROSS A COMMUNICATION LINK**

## SUMMARY OF THE INVENTION

Embodiments of the present invention provide a system for passively and actively collecting information about a device, such as a computing device and/or the user of the device. The system uses one or more discovery agents to collect information about a device or its user. The discovery agents do not have intelligence to understand the collected

*'581 Patent at (54), Col. 1:61-67*

**INTELLECTUAL** VENTURES

# The Patent Solves a Computer Problem



## BACKGROUND

Existing procedures for collecting or retrieving information are typically contained in a software application or a built-in diagnostic routine that performs one or more procedures to monitor specific portions of a system. Generally, these procedures are included in a single application or a diagnostic routine that retrieves information about the system and analyzes the retrieved information. Therefore, these procedures retrieve a particular set of information and perform a particular analysis on the information.

*'581 Patent at Col. 1:25-33*

**INTELLECTUAL** VENTURES

# The Patent Solves a Computer Problem

(12) **United States Patent**
Hofmann et al.

(10) Patent No.: **US 6,519,581 B1**
(45) Date of Patent: **Feb. 11, 2003**

US006519581B1

(54) **COLLECTION OF INFORMATION REGARDING A DEVICE OR A USER OF A DEVICE ACROSS A COMMUNICATION**

Hofmann et al, "Mobile agents on the digital battlefield", ACM Autonomous agents, pp 219–225.*

These existing applications or diagnostic routines are not easily modified if a user or administrator wants to change the information retrieved or change the analysis performed on the retrieved information. To make such a change requires modifying the application source code or modifying the built-in diagnostic routine, both of which can be complicated and time-consuming.

OTHER PUBLICATIONS

Elofson "intelligent agents extend knowledge base system feasibility", IBM system Journal vol. 34, No. 1, pp 78–95.*
Hilbert et al "Agents for collecting application usage data over the internet", ACM Autonomous agents, pp 149–156.*

the sender receives a user request, such as regarding the computer system, the discovery rule may be transmitted and the sender may use the resulting information to respond to the user request.

**47 Claims, 6 Drawing Sheets**

*'581 Patent at Col. 1:34-41*

**INTELLECTUAL VENTURES**

# The Patent Solves a Computer Problem

(12) **United States Patent**
Hofmann et al.

(10) Patent No.:   US 6,519,581 B1
(45) Date of Patent:   Feb. 11, 2003

Additionally, many existing applications are invoked and operated by a user of the system. Instead of running automatically or running in a "background" mode, these applications are executed at the direction of the user. Thus, to retrieve data about the system using this type of application, the user must install the application and know how to operate and command the application. If the application is used infrequently (e.g., only when a problem occurs), the user is not likely to be proficient when operating the application. In this situation, the user may need to re-learn the operation of the application before retrieving and analyzing data about the system.

*'581 Patent at Col. 1:41-53*

**INTELLECTUAL** VENTURES

# The Patent is Rooted in Computer Technology



*'581 Patent at Fig. 1*

**INTELLECTUAL** VENTURES®

# The Patent is Rooted in Computer Technology



*'581 Patent at Fig. 1*

**INTELLECTUAL**VENTURES®

# The Patent is Rooted in Computer Technology



**agent** *n.* **1.** A program that performs a background task for a user and reports to the user when the task is done or some expected event has taken place. **2.** A program that searches through archives or other repositories of information on a topic specified by the user. Agents of this sort are used most often on the Internet and are generally dedicated to searching a single type of information repository, such as postings on Usenet groups. Spiders are a type of agent used on the Internet. *Also called:* intelligent agent. *See also* spider. **3.** In client/server applications, a process that mediates between the client and the server. **4.** In Simple Network Management Protocol (SNMP), a program that monitors network traffic. *See also* SNMP.

*Microsoft Computer Dictionary, Fifth Edition*

**INTELLECTUAL** VENTURES

# The Patent is Rooted in Computer Technology



*'581 Patent at Fig. 1*

**INTELLECTUAL**VENTURES

# The Patent is Rooted in Computer Technology



**engine** *n.* A processor or portion of a program that determines how the program manages and manipulates data. The term *engine* is most often used in relation to a specific use; for example, a database engine contains the tools for manipulating a database, and a Web search engine has the ability to search World Wide Web indexes for matches to one or more key words entered by the user. *Compare* back-end processor, front-end processor.

*Microsoft Computer Dictionary, Fifth Edition*

**INTELLECTUAL** VENTURES

# The Patent is Rooted in Computer Technology



*'581 Patent at Fig. 1*

**INTELLECTUAL** VENTURES

# The Patent is Rooted in Computer Technology



*'581 Patent at Fig. 1*

**INTELLECTUAL**VENTURES®

# The Patent is Rooted in Computer Technology

| Discovery Agent Name | Data Collected by Discovery Agent | Invoke Interval |
|---|---|---|
| HWConfiguration | ProcessorMfr, ProcessorModel, ProcessorSpeed, RAMSize, ConnectedDevices | 5 min. |
| DiskDriveInfo | DiskCapacity, DiskRemovable, UnusedDiskSpace | 1 min. |
| MemoryInfo | UnusedRAM, CacheUsage, LargestContiguousBlock | 5 sec. |
| SWConfiguration | OperatingSystem, OpSysVersion, SoftwareList | 5 min. |
| ActiveWindows | OpenWindows, FrontTitle, FrontPosition, FrontSize, FrontType | 10 sec. |
| PersonalInfo | Hobbies, VacationPreference, Occupation, Gender | 5 sec. |

*'581 Patent at Fig. 3*

**INTELLECTUAL** VENTURES

# The Patent is Rooted in Computer Technology



(12) **United States Patent**
Hofmann et al.

(10) Patent No.: **US 6,519,581 B1**
(45) **Date of Patent:** Feb. 11, 2003

(54) **COLLECTION OF INFORMATION REGARDING A DEVICE OR A USER OF A DEVICE ACROSS A COMMUNICATION LINK**

(75) Inventors: **William D. Hofmann**, Berkeley, CA

Hofmann et al, "Mobile agents on the digital battlefield", ACM Autonomous agents, pp 219–225.*

Hu et al, "Discovery of decision rules in relational data-bases: a rough set approach", ACM CIKM pp 392–400.*

| Discovery Rule Name | Data Required to Execute Discovery Rule |
|---|---|
| DiskDriveStatus | DiskCapacity, UnusedDiskSpace |
| System Status | UnusedDiskSpace, UnusedRAM, LargestContiguousBlock, OpenWindows |
| UpgradeWindow | OpenWindows, FrontTitle |
| GolfGamers | Hobbies, SoftwareList |

Elofson "intelligent agents extend knowledge base system feasibility", IBM system Journal vol. 34, No. 1, pp 78–95.*
Hilbert et al "Agents for collecting application usage data over the internet", ACM Autonomous agents, pp 149–156.*

the sender may use the resulting information to respond to the user request.

**47 Claims, 6 Drawing Sheets**



*'581 Patent at Fig. 4*

**INTELLECTUAL**VENTURES

# The Patent is Rooted in Computer Technology



**11.** In a computer system, method of collecting information comprising:

receiving a discovery rule across a communication link from a sender,

applying the discovery rule to data about the computer system or a user to generate information, and wherein the data is collected by a discovery agent located in the computer system when the discovery agent is activated and without requiring action by the user; and

communicating the information across the communication link back to the sender of the discovery rule.

*'581 Patent at Claim 11*

**INTELLECTUAL** VENTURES

# The Patent is Rooted in Computer Technology



1. A method of collecting information, the method comprising:

transmitting a discovery rule across a communication link to a computer system, wherein the discovery rule is to be applied to data about the computer system or a user to generate information, and wherein the data is collected by a discovery agent located in the computer system, and

receiving the information from the computer system.

*'581 Patent at Claim 1*

**INTELLECTUAL**VENTURES'



# *Alice* Step 2

# Even if Directed to an Abstract Idea, Does the Claim Contain Sufficient Limitations?

**INTELLECTUAL** VENTURES®

# Sufficient Limitations on Abstract Idea

- A specific application of an abstract idea is patent-eligible

- Generic computing limitations are usually insufficient

- Overarching concern is preemption of every application of abstract idea

**INTELLECTUAL** VENTURES

# The Claims Cover a Specific Computer Application



*'581 Patent at Claim 11*

**INTELLECTUAL**VENTURES®

# The Claims Cover a Specific Computer Application



**16.** The method of claim **11**, further including receiving the discovery agent across the communication link and the discovery agent and discovery rule are separate code sequences.

**17.** The method of claim **11**, wherein the discovery agent is activated to collect the data when the discovery rule requires the data.

**19.** The method of claim **11**, wherein the discovery agent passively collects the data.

*'581 Patent at Claims 16, 17, and 19*

INTELLECTUAL VENTURES

# The Patent Covers a Specific Computer Application



*'581 Patent at Fig. 1*

INTELLECTUAL VENTURES



# The '434 Patent



*Alice* Step 1: Abstract Idea

# Is the Patent Directed to an Abstract Idea?

## Abstract

## Not Abstract

- Methods of Conducting Business

- Managing Financial and Legal Relationships

- Mathematical Equations

- Ideas Upon Themselves

- Specific Machines

- Improvements to Existing Technological Processes

- Solutions Necessarily Rooted in Computer Technology to Overcome a Technological Problem

**INTELLECTUAL** VENTURES

# The Patent is Directed to Computer Technology



(12) **United States Patent**
Anderson et al.

(10) Patent No.: **US 6,510,434 B1**

(54) **SYSTEM AND METHOD FOR RETRIEVING INFORMATION FROM A DATABASE USING AN INDEX OF XML TAGS AND METAFILES**

## SUMMARY OF THE INVENTION

The present invention meets the needs described above by providing a ==method for locating information stored in a database using an index that includes tags and metafiles to locate the desired information==. In general, an index is essentially a guide that is used to locate information stored in a database. Preferably, the index includes tags that correspond to categories and domains. A category includes a group of terms. A term may appear in more than one

*'434 Patent at (54), Col. 2:34-43*

32

**INTELLECTUAL** VENTURES®

# The Patent Solves a Computer Problem



## BACKGROUND OF THE INVENTION

There is an ever-increasing amount of recorded and searchable information. To efficiently search for specific

Accordingly, there is a need in the art for an improved method of searching that uses a universal search vocabulary. The method should eliminate ambiguity in the search request, focus the search on the most relevant information, perform the search in the most efficient manner and support searching multiple databases. The method should also support a hierarchy that can be used to query a user for additional search criteria in an efficient and intelligent manner.

*'434 Patent at Col. 1:30-31, 2:25-33*

**INTELLECTUAL** VENTURES

# The Patent is Rooted in Computer Technology



*'434 Patent at Fig. 1A*

**INTELLECTUAL** VENTURES

# The Patent is Rooted in Computer Technology



*'434 Patent at Fig. 1B*

**INTELLECTUAL** VENTURES®

# The Patent is Rooted in Computer Technology



> FIG. **4A** illustrates an exemplary database record **400**. The database record **400** includes an Alpha Component **402** and an XML Index Component **404**. The Alpha Component **402** contains identifying information for the record and the XML Index Component **404** includes XML tags that are associated with the record.



*'434 Patent at Fig. 4A, Col. 10:9-14*

**INTELLECTUAL**VENTURES

# The Patent is Rooted in Computer Technology



*'434 Patent at Fig. 4B*

**INTELLECTUAL**VENTURES

# The Patent is Rooted in Computer Technology



(12) **United States Patent**
Anderson et al.

(10) Patent No.: **US 6,510,434 B1**
(45) Date of Patent: **Jan. 21, 2003**

(54) **SYSTEM AND METHOD FOR RETRIEVING INFORMATION FROM A DATABASE USING**

**1.** A method for creating a database and an index to search the database, comprising the steps of:

creating the index by defining a plurality of XML tags including domain tags and category tags;

creating a first metafile that corresponds to a first domain tag; and

creating the database by providing a plurality of records, each record having an XML index component.

used to identify additional tags that are relevant to the search. The identified tags are combined to create a unique key. The key is used to search the database to locate records that include the tags in their index component.

**28 Claims, 12 Drawing Sheets**

*'434 Patent at Claim 1*

**INTELLECTUAL**VENTURES

# The Patent is Rooted in Computer Technology

(12) **United States Pa**
Anderson et al.

(54) **SYSTEM AND METHOD FOR**
**INFORMATION FROM A DAT**
**AN INDEX OF XML TAGS AN**

(75) Inventors: **Dewey C. Anderson;**
**Anderson,** both of Atl

(73) Assignee: **BellSouth Intellectual**
**Corporation,** Wilming

(*) Notice: Subject to any disclaim
patent is extended or
U.S.C. 154(b) by 0 day

(21) Appl. No.: **09/474,644**

(22) Filed: **Dec. 29, 1999**

(51) Int. Cl.$^7$ .......................... G06F 17

(52) U.S. Cl. ...................... 707/100;
707/103; 707/104; 707/3;

(58) Field of Search ............................
707/102, 103, 104, 3,

(56) **References Cited**

U.S. PATENT DOCUMEN

| | | |
|---|---|---|
| 4,128,882 A | 12/1978 | Dennis |
| 4,130,885 A | 12/1978 | Dennis |
| 4,872,122 A | 10/1989 | Altschuler et |
| 4,931,941 A | 6/1990 | Krishnan |
| 5,005,143 A | 4/1991 | Altschuler et |
| 5,170,480 A | 12/1992 | Mohan et al. |
| 5,175,814 A | 12/1992 | Anick et al. |
| 5,222,238 A | 6/1993 | Zobre et al. |
| 5,337,347 A | 8/1994 | Halstead-Nu |
| 5,379,391 A | 1/1995 | Belsan et al. |
| 5,404,508 A | 4/1995 | Konrad et al. |
| 5,455,946 A | 10/1995 | Mohan et al. |
| 5,465,368 A | 11/1995 | Davidson et |
| 5,526,356 A | 6/1996 | Kim et al. |
| 5,561,795 A | 10/1996 | Sarkar |
| 5,615,364 A | 3/1997 | Marks |
| 5,630,125 A | 5/1997 | Zellweger |

**19**. A method for searching a database of information, comprising the steps of:

receiving a request for information from a client, the request having a first term;

identifying a first XML tag that is associated with the first term;

determining whether a first metafile corresponds to the first XML tag;

if the first metafile corresponds to the first XML tag, then transmitting the first XML tag, the first metafile and query code to the client;

once the client conducts a query by executing the query code using the first XML tag and the first metafile, then receiving query results including a first set of XML tags from the client;

combining the first set of XML tags into a key;

using the key to search the database to locate records including the first set of XML tags; and

delivering the records including the first set of XML tags to the client.

*'434 Patent at Claim 19*

**INTELLECTUAL** VENTURES°

# The Patent is Rooted in Computer Technology



22. A method for identifying a record from a database of records that satisfies a request for information, comprising the steps of:

receiving the request for information;

sending the request to a server;

receiving a first XML tag and a first metafile that are associated with the request and query code from the server;

executing the query code to determine a first set of XML tags that are associated with the request;

sending the first set of XML tags to the server;

receiving the record from the server; and

delivering the record.

*'434 Patent at Claim 22*

INTELLECTUAL VENTURES

# *Alice* Step 2

# Even if Directed to an Abstract Idea, Does the Claim Contain Sufficient Limitations?

**INTELLECTUAL** VENTURES®

# Sufficient Limitations on Abstract Idea

- A specific application of an abstract idea is patent-eligible

- Generic computing limitations are usually insufficient

- Overarching concern is preemption of every application of abstract idea

**INTELLECTUAL** VENTURES

# The Claims Cover a Specific Database Application



US006510434B1

(12) **United States Patent**
Anderson et al.

(10) Patent No.: **US 6,510,434 B1**
(45) Date of Patent: **Jan. 21, 2003**

(54) **SYSTEM AND METHOD FOR RETRIEVING INFORMATION FROM A DATABASE USING**

1. A method for creating a database and an index to search the database, comprising the steps of:

creating the index by defining a plurality of XML tags including domain tags and category tags;

creating a first metafile that corresponds to a first domain tag; and

creating the database by providing a plurality of records, each record having an XML index component.

used to identify additional tags that are relevant to the search. The identified tags are combined to create a unique key. The key is used to search the database to locate records that include the tags in their index component.

**28 Claims, 12 Drawing Sheets**

*'434 Patent at Claim 1*

**INTELLECTUAL** VENTURES

# The Claims Cover a Specific Database Application



3. The method of claim **1**, wherein the step of creating a first metafile, comprises the steps of:

selecting a first set of domain tags from the defined XML tags that are related to the first domain tag; and

selecting a first set of category tags from the defined XML tags that are related to the first domain tag.

5. The method of claim **3**, further comprising the step of:

creating a hierarchy between the tags in the metafile.

6. The method of claim **1**, wherein the step of creating a first metafile comprises the steps of:

selecting a first set of XML tags from the defined XML tags that are related to the first domain tag; and

creating a hierarchy between the tags in the first set of XML tags.

*'434 Patent at Claims 3, 5, and 6*

**INTELLECTUAL** VENTURES



# The '002 Patent



# Is the Patent Directed to an Abstract Idea?

## Abstract

## Not Abstract

- Methods of Conducting Business

- Managing Financial and Legal Relationships

- Mathematical Equations

- Ideas Upon Themselves

- Specific Machines

- Improvements to Existing Technological Processes

- Solutions Necessarily Rooted in Computer Technology to Overcome a Technological Problem

**INTELLECTUAL** VENTURES

# The Patent is Directed to Computer Technology



US006546002B1

**(12) United**
Kim

(54) SYSTEM AN
IMPLEMEN
MOBILE M

(76) Inventor: Je
17

( * ) Notice: Su
pa
U.

(21) Appl. No.: 09

(22) Filed: Ju

(51) Int. Cl.⁷ ......
(52) U.S. Cl. ......
(58) Field of Sear

103,

(56)
U.S.

5,093,718 A
5,155,806 A
5,181,107 A
5,347,632 A
5,433,614 A
5,524,195 A
5,594,490 A
5,737,560 A
5,740,549 A

## (54) SYSTEM AND METHOD FOR IMPLEMENTING AN INTELLIGENT AND MOBILE MENU-INTERFACE AGENT

## FIELD OF THE INVENTION

The present invention relates generally to the field of computer networks. More particularly, the present invention is directed to an information management and storage system and method. The present invention is further directed to a mobile interface agent that can be used to dynamically access resources stored either locally in the computer device or across a network including programs, applications, bookmarked URLs, user profiles, IP addresses, telephone numbers, television channels, radio stations, and the like that are specific to a user via any computer device. Moreover, the

*'002 Patent at (54), Col. 1:5-16*

**INTELLECTUAL** VENTURES®

# The Patent Solves a Computer Problem



*'002 Patent at (54), Col. 3:57-64*

INTELLECTUAL VENTURES

# The Patent Solves a Computer Problem



*'002 Patent at Fig. 2*

**INTELLECTUAL** VENTURES®

# The Patent is Rooted in Computer Technology





*'002 Patent at Figs. 1, 2*

**INTELLECTUAL**VENTURES™

# The Patent is Rooted in Computer Technology



*'002 Patent at Fig. 15*

**INTELLECTUAL** VENTURES®

# The Patent is Rooted in Computer Technology



FIG. 4 illustrates a detailed block diagram of a mobile interface agent in accordance with the present invention;

*'002 Patent at Fig. 4*

**INTELLECTUAL** VENTURES

# The Patent is Rooted in Computer Technology



FIG. 7 illustrates a state diagram for the mobile interface agent in accordance with the present invention;

*'002 Patent at Fig. 7*

INTELLECTUAL VENTURES

# The Patent is Rooted in Computer Technology



(12) **United States Patent**
Kim

(10) Patent No.: **US 6,546,002 B1**
(45) Date of Patent: **Apr. 8, 2003**

1. A method for retrieving user specific resources and information stored either on a local device or a network server, the method comprising the steps of:

retrieving a mobile interface from the network server to the local device;

displaying the mobile interface on the local device, the mobile interface including a plurality of pointers corresponding to the user specific resources and information; and

retrieving the user specific resources and information using the plurality of pointers displayed on the mobile interface.



*'002 Patent at Claim 1*

**INTELLECTUAL** VENTURES

# The Patent is Rooted in Computer Technology



**40.** A system for storing and accessing user specific resources and information, the system comprising:

a network for accessing the user specific resources and information stored in a network server; and

a local device communicating with the network and having a local memory and a mobile interface, wherein the local memory also includes user specific resources and information, and the mobile interface includes pointers corresponding to the user specific resources and information that are stored either on the local device or the network server, wherein the pointers provide links to access the corresponding user specific resources and information.

*'002 Patent at Claim 40*

**INTELLECTUAL**VENTURES®

# *Alice* Step 2

# Even if Directed to an Abstract Idea, Does the Claim Contain Sufficient Limitations?

**INTELLECTUAL** VENTURES®

# Sufficient Limitations on Abstract Idea

- A specific application of an abstract idea is patent-eligible

- Generic computing limitations are usually insufficient

- Overarching concern is preemption of every application of abstract idea

**INTELLECTUAL** VENTURES

# The Patent Covers a Specific Mobile Implementation



US006546002B1

(12) **United States Patent** (10) Patent No.: **US 6,546,002 B1**

**1.** A method for retrieving user specific resources and information stored either on a local device or a network server, the method comprising the steps of:

==retrieving a mobile interface== from the network server to the local device;

==displaying the mobile interface== on the local device, the mobile interface including a plurality of pointers corresponding to the user specific resources and information; and

==retrieving the user specific resources== and information using the plurality of pointers displayed on the mobile interface.

*'002 Patent at Claim 1*

**INTELLECTUAL** VENTURES

# The Patent Covers a Specific Mobile Implementation



(12) **United States Patent**          (10) Patent No.:   **US 6,546,002 B1**
      Kim

**40.** A system for storing and accessing user specific resources and information, the system comprising:

a network for accessing the user specific resources and information stored in a network server; and

a local device communicating with the network and having a local memory and a mobile interface, wherein the local memory also includes user specific resources and information, and the mobile interface includes pointers corresponding to the user specific resources and information that are stored either on the local device or the network server, wherein the pointers provide links to access the corresponding user specific resources and information.

*'002 Patent at Claim 40*

**INTELLECTUAL**VENTURES®

# The Patent Covers a Specific Mobile Implementation



(12) **United States Patent**                    (10) **Patent No.:**   **US 6,546,002 B1**

**43**. A system according to claim **40**, wherein the plurality of pointers access the user specific resources and information stored on the network server via one of a LAN, a MAN, and a WAN.

(22) Filed:   Jul. 7, 1999                       (74) *Attorney, Agent, or Firm*—Pillsbury Winthrop LLP
(51) Int. Cl.⁷ .......................................... H04L 12/28          (57)          **ABSTRACT**

**44**. A system according to claim **40**, wherein the plurality of pointers access the user specific resources and information stored on the network server via a cellular network.

5,347,632 A   9/1994 Filepp et al. ............... 395/200     computer. Moreover, the present invention relates to a per
5,433,614 A   7/1995 Beye ........................... 434/307     user based licensing model that allows the user to remotely
5,524,195 A   6/1996 Clanton, III et al. ........ 395/155

**48**. A system according to claim **40**, wherein the mobile interface is permanently stored in the network server.



*'002 Patent at Claims 43, 44, and 48*

**INTELLECTUAL** VENTURES®

