**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, ) | ) Civil Action No. 1:14-cv-00220-MRH |
| ) | ) |
| Plaintiffs, ) | ) FILING IN LEAD CASE |
| ) | ) |
| v. ) | ) **Old Republic's Notice of Filing of Its Motion to Dismiss Hearing Presentation** |
| ) | ) |
| ERIE FAMILY LIFE INSURANCE COMPANY; ) | |
| ERIE INDEMNITY COMPANY; ) | ) The Honorable Mark R. Hornak |
| ERIE INSURANCE COMPANY; ) | |
| ERIE INSURANCE EXCHANGE; ) | ) ELECTRONICALLY FILED |
| ERIE INSURANCE PROPERTY & CASUALTY ) | |
| COMPANY; and ) | ) JURY TRIAL DEMANDED |
| FLAGSHIP CITY INSURANCE COMPANY, ) | |
| ) | ) |
| Defendants. ) | ) |
| ) | ) |

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, ) | ) |
| ) | ) Civil Action No. 2:14-cv-01131-MRH |
| Plaintiffs, ) | ) |
| ) | |
| v. ) | ) |
| ) | |
| HIGHMARK INC.; ) | |
| HM INSURANCE GROUP, INC.; ) | |
| HM LIFE INSURANCE COMPANY; ) | |
| HIGHMARK CASUALTY INSURANCE ) | |
| COMPANY; and ) | |
| HM CASUALTY INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and | ) | |
| INTELLECTUAL VENTURES II LLC, | ) | Civil Action No. 2:14-cv-01130-MRH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OLD REPUBLIC GENERAL | ) | |
| INSURANCE GROUP, INC.; | ) | |
| OLD REPUBLIC INSURANCE COMPANY; | ) | |
| OLD REPUBLIC TITLE | ) | |
| INSURANCE GROUP, INC.; and | ) | |
| OLD REPUBLIC NATIONAL TITLE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## OLD REPUBLIC'S NOTICE OF FILING OF ITS
## MOTION TO DISMISS HEARING PRESENTATION

At the April 14, 2015 hearing on the pending 12(b)(1) motions to dismiss, defendants Old Republic General Insurance Group, Inc., Old Republic Insurance Company, Old Republic Title Insurance Group, Inc., and Old Republic National Title Insurance Company (collectively, "Old Republic") presented slides to the Court, both as part of its oral presentation and in hardcopy. Pursuant to the Court's April 22 Order (ECF 90) Old Republic respectfully files this Notice of Filing of Its Motion to Dismiss Hearing Presentation, and files as Exhibit A the presentation used by the Old Republic at that hearing, so that they are in the record.

Exhibit A differs from the printed copy in two respects, both to correct typographical errors: (1) on Slide 21, a quotation mark appearing at the beginning of the bulleted sentence has been removed, and (2) on Slide 22, the word "mete" has been changed to "mere."

/

/

1

Dated: April 21, 2015

Respectfully submitted,

    *s/ Vernon M. Winters*
Vernon M. Winters
Vernon M. Winters (*pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, CA 94018
Tel.: (415) 772-7441
Email: vwinters@sidley.com

Arthur H. Stroyd, Jr.
PA ID No. 15910
Justin T. Romano
PA ID No. 307879
DEL SOLE CAVANAUGH STROYD LLC
The Waterfront Building 200 First Avenue,
Suite 300 Pittsburgh, PA 15222
Tel.: (412) 261-2393
Email: astroyd@dscslaw.com
Email: jromano@dscslaw.com

*Counsel for Defendants Old Republic et al.*

2