# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC** <br> **and** <br> **INTELLECTUAL VENTURES II LLC** <br><br> *Plaintiffs,* <br><br> v. <br><br> **ERIE INDEMNITY COMPANY;** <br> **ERIE INSURANCE EXCHANGE;** <br> **ERIE INSURANCE PROPERTY &** <br> **CASUALTY COMPANY;** <br> **ERIE INSURANCE COMPANY;** <br> **FLAGSHIP CITY INSURANCE** <br> **COMPANY; and** <br> **ERIE FAMILY LIFE INSURANCE** <br> **COMPANY** <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § | **Civil Action No. 1:14-CV-00220** <br><br> **LEAD CASE** <br> **JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC** <br> **and** <br> **INTELLECTUAL VENTURES II LLC** <br><br> *Plaintiffs,* <br><br> v. <br><br> **OLD REPUBLIC GENERAL** <br> **INSURANCE GROUP, INC;** <br> **OLD REPUBLIC INSURANCE** <br> **COMPANY;** <br> **OLD REPUBLIC TITLE INSURANCE** <br> **GROUP, INC; and** <br> **OLD REPUBLIC NATIONAL TITLE** <br> **INSURANCE COMPANY** <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § | **Civil Action No. 2:14-CV-1130** <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC**<br><br>　　*Plaintiffs,*<br><br>v.<br><br>**HIGHMARK, INC.;**<br>**HM INSURANCE GROUP, INC.;**<br>**HM LIFE INSURANCE COMPANY;**<br>**HIGHMARK CASUALTY INSURANCE COMPANY;**<br>**HM CASUALTY INSURANCE COMPANY;**<br><br>　　*Defendants.* | § § § § § § § § § § § § § § § § § § § | **Civil Action No. 2:14-CV-1131**<br><br>**JURY TRIAL DEMANDED** |

**THE INTELLECTUAL VENTURES PLAINTIFFS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO**
**DEFENDANTS' MOTIONS TO DISMISS UNDER 35 U.S.C. § 101**

Intellectual Ventures submits this notice of supplemental authority from Report and Recommendation of Special Master (Docket No. 298), *Intellectual Ventures I LLC v. Capital One Fin. Corp.*, Case No. PWG-14-111 (D. Md. May 12, 2015) ("Report and Recommendation") (attached as Exhibit 1).  At the April 14, 2015 hearing, the Court inquired about proceedings involving the Patents-in-Suit, including 6,546,002 ("the '002 Patent").  The '002 Patent is at issue in litigation in the District of Maryland.  In those proceedings, the Special Master concluded at the summary judgment stage that the '002 Patent claimed patent-eligible subject matter.  Report and Recommendation, at 24–36.  In particular, the Special Master concluded that the '002 Patent's claims were patent eligible because they were not directed to an abstract idea (*Alice* step 1).  *Id.* at 27–29.  The Master further concluded that, even if the claims were directed to an abstract idea, the claims contained an inventive concept such that they were patent eligible in any event (*Alice* step 2).  *Id.* at 29–35.

          Respectfully submitted,

          /s/Robert L. Wagner_____

          **Henry M. Sneath** (Pa. ID No. 40559)
          **Robert L. Wagner** (Pa. ID No. 308499)
          **Kelly A. Williams** (Pa. ID No.  74782)
          **Picadio Sneath Miller & Norton, P.C.**
          Four Gateway Center
          444 Liberty Avenue
          Suite 1105
          Pittsburgh, PA 15222
          412.288.4000 (telephone)
          412.288.2405 (facsimile)
          hsneath@psmn.com
          rwagner@psmn.com
          kwilliams@psmn.com

**Derek Gilliland**
Texas State Bar No. 24007239
**Nix Patterson & Roach, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com
Attorney in Charge

**Edward Chin**
Texas State Bar No. 50511688
**Andrew J. Wright**
Texas State Bar No. 24063927
**Kirk Voss**
Texas State Bar No. 24075229
**Christian J. Hurt**
Texas State Bar No. 24059987
**Robert Winn Cutler**
Texas State Bar No. 24084364
**Ross Leonoudakis**
Texas State Bar No. 24087915
**Nix Patterson & Roach, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
edchin@me.com
andrewjwright@me.com
kirkvoss@me.com
christianhurt@nixlawfirm.com
winncutler@nixlawfirm.com
rossl@nixlawfirm.com

*COUNSEL FOR PLAINTIFFS*
*INTELLECTUAL VENTURES I LLC AND*
*INTELLECTUAL VENTURES II LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.5 and served via the Court's electronic filing system on all counsel who have consented to electronic service on May 12, 2015.

*/s/Robert L. Wagner*