# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | Civil Action No. 1:14-cv-00220-MRH |
| Plaintiffs, | FILING IN LEAD CASE |
| v. | **Old Republic Defendants' Notice of Supplemental Authority Regarding U.S. Patent No. 6,546,002** |
| ERIE FAMILY LIFE INSURANCE COMPANY; ERIE INDEMNITY COMPANY; ERIE INSURANCE COMPANY; ERIE INSURANCE EXCHANGE; ERIE INSURANCE PROPERTY & CASUALTY COMPANY; and FLAGSHIP CITY INSURANCE COMPANY, | Time: 9:00 a.m. Date: April 14, 2015 Place: Courtroom No. 6A  The Honorable Mark R. Hornak  ELECTRONICALLY FILED |
| Defendants. | JURY TRIAL DEMANDED |

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | Civil Action No. 2:14-cv-01131-MRH |
| Plaintiffs, | |
| v. | |
| HIGHMARK INC.; HM INSURANCE GROUP, INC.; HM LIFE INSURANCE COMPANY; HIGHMARK CASUALTY INSURANCE COMPANY; and HM CASUALTY INSURANCE COMPANY, | |
| Defendants. | |

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and ) <br> INTELLECTUAL VENTURES II LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> OLD REPUBLIC GENERAL ) <br> INSURANCE GROUP, INC.; ) <br> OLD REPUBLIC INSURANCE COMPANY; ) <br> OLD REPUBLIC TITLE ) <br> INSURANCE GROUP, INC.; and ) <br> OLD REPUBLIC NATIONAL TITLE ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendants. ) | Civil Action No. 2:14-cv-01130-MRH |

**Old Republic Defendants' Notice of Supplemental Authority**
**Regarding U.S. Patent No. 6,546,002**

The Old Republic Defendants respectfully submit this notice of supplemental authority regarding U.S. Patent No. 6,546,002 ("the '002 patent").

At the April 14, 2015 hearing, the Court inquired about proceedings involving the patents-in-suit, including the '002 patent. The '002 patent is at issue in *Intellectual Ventures I LLC v. Capital One Fin. Corp.*, Case No. 8:14-cv-00111-PWG (D. Md.). IV previously submitted a Notice of Supplemental Authority attaching the Report and Recommendation of the Special Master recommending to the District Judge that the court deny Capital One's motion for summary judgment that the '002 patent is directed to patent-ineligible subject matter. Dkt. 98. The report and recommendation is not the final decision of the court, unless it is adopted by the District Judge following the parties' opportunity to file objections. Capital One filed its objections on May 26, 2015. Old Republic submits those objections as **Exhibit 1**.

The '002 patent is also at issue in *Intellectual Ventures I LLC v. Citigroup, Inc.*, Case No. 1:14-cv-0468-AKH (S.D.N.Y.). On May 19, 2015, the court in that case issued a tentative claim construction ruling construing two terms of the '002 patent. Old Republic submits the tentative claim construction ruling as **Exhibit 2.**

Dated: May 27, 2015

Respectfully submitted,

 *s/ Vernon M. Winters*
Vernon M. Winters (*pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, CA 94018
Tel.: (415) 772-7441
Email: vwinters@sidley.com

 *s/ Arthur H. Stroyd, Jr.*
Arthur H. Stroyd, Jr.
PA ID No. 15910
Justin T. Romano
PA ID No. 307879
DEL SOLE CAVANAUGH STROYD LLC
The Waterfront Building 200 First Avenue,
Suite 300 Pittsburgh, PA 15222
Tel.: (412) 261-2393
Email: astroyd@dscslaw.com
Email: jromano@dscslaw.com

*Counsel for Defendants Old Republic General Insurance Group, et al.*