| | |
|---|---|
| INTELLECTUAL VENTURES I LLC<br>and<br>INTELLECTUAL VENTURES II LLC<br><br>    *Plaintiffs,*<br><br>v.<br><br>HIGHMARK, INC.;<br>HM INSURANCE GROUP, INC.;<br>HM LIFE INSURANCE COMPANY;<br>HIGHMARK CASUALTY<br>INSURANCE COMPANY;<br>HM CASUALTY INSURANCE<br>COMPANY;<br><br>    *Defendants.* | §§§§§§§§§§§§§§§§§§§<br><br>Civil Action No. 2:14-CV-1131<br><br>JURY TRIAL DEMANDED |

## ORDER OF COURT

AND NOW, this ___30th___ day of ___June___, 2015, upon consideration of Intellectual Ventures' Motion for Leave, the motion is hereby GRANTED and the Court ORDERS the following:

1. Intellectual Ventures is granted leave to file a three-page response to Notices of Supplemental Authority filed at Docket Nos. 103 and 104.

2. The three-page response attached as Exhibit A to Intellectual Ventures's Motion for Leave is deemed filed.

BY THE COURT:

_____
District Court Judge Mark R. Hornak