| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>           Plaintiffs,<br><br>v.<br><br>OLD REPUBLIC GENERAL<br>INSURANCE GROUP, INC.;<br>OLD REPUBLIC INSURANCE COMPANY;<br>OLD REPUBLIC TITLE<br>INSURANCE GROUP, INC.; and<br>OLD REPUBLIC NATIONAL TITLE<br>INSURANCE COMPANY,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:14-cv-01130-MRH |

## ORDER OF COURT

AND NOW, this 2**D** day of July, 2015, after consideration of Old Republic Defendants' Motion for Leave, the motion is hereby GRANTED, and the Court ORDERS the following:

- Old Republic Defendants are granted leave to file a response to Plaintiff's supplemental brief, Dkt. No. 106-1.

- The response attached as Exhibit A to Old Republic Defendants' Motion for Leave is hereby deemed filed.

BY THE COURT,

_____
United States District Judge Mark R. Hornak

1