IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | ) ) ) | 1:14-cv-00220 |
| Plaintiffs, | ) ) | **ELECTRONICALLY FILED** |
| v. | ) ) | |
| ERIE INDEMNITY COMPANY, et al., | ) ) | |
| Defendants. | ) | |

Hearing Type:   Telephonic Status Conference

Date:   August 28, 2015

Before:   Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Christian Hurt, Derek Gilliland, Robert Wagner, Henry Sneath |
| Counsel for Defendant | Erie and Highmark Defendants: Gregory Lantier |
| | Old Republic Defendants: Arthur Stroyd, Jr., Vernon Winters |
| Court Reporter | Shirley Hall |
| Law Clerk/Deputy Clerk | Bethany Lipman |
| Start time | 4:00 pm |
| End time | 4:30 pm |

**SUMMARY OF PROCEEDINGS:**

The Court held this telephone status conference to consult with counsel regarding docket no. 14-1131, ECF no. 55, a Motion to Stay the Highmark action.  After hearing from counsel, the Court will enter an appropriate Order.