**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:14-cv-00220 |
| v. | ) | |
| | ) | Judge Mark R. Hornak |
| ERIE INDEMNITY COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 2:14-cv-01130 |
| v. | ) | |
| | ) | Judge Mark R. Hornak |
| OLD REPUBLIC GENERAL INSURANCE GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 2:14-cv-01131 |
| v. | ) | |
| | ) | Judge Mark R. Hornak |
| HIGHMARK, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

AND NOW, this 25th day of September, 2015, for the reasons set forth in the Court's Opinion of this date, the Motions to Dismiss filed by the Defendants are GRANTED as follows:

1.      As to Civil Action 14-220, all claims as to the '581 Patent are DISMISSED without prejudice for want of subject matter jurisdiction, and all claims as to the '002 and '434 Patents are DISMISSED with prejudice. The Defendants shall file an Answer as to the claims related to the '298 Patent within twenty-one (21) days of this Order;

2.      As to Civil Action 14-1130, all claims as to the '581 Patent are DISMISSED without prejudice for want of subject matter jurisdiction, and all other claims against the Defendants are DISMISSED with prejudice. The Clerk shall mark this case CLOSED.

3.      As to Civil Action 14-1131, all claims as to the '581 Patent are DISMISSED without prejudice for want of subject matter jurisdiction, and all other claims against the Defendants are DISMISSED with prejudice. The Clerk shall mark this case CLOSED.

Mark R. Hornak
United States District Judge

cc:  All counsel of record