IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC<br>and<br>INTELLECTUAL VENTURES II LLC<br>     *Plaintiffs*,<br><br>v.<br><br>ERIE INDEMNITY COMPANY;<br>ERIE INSURANCE EXCHANGE;<br>ERIE INSURANCE PROPERTY &<br>CASUALTY COMPANY;<br>ERIE INSURANCE COMPANY;<br>FLAGSHIP CITY INSURANCE<br>COMPANY; and<br>ERIE FAMILY LIFE INSURANCE<br>COMPANY<br><br>     *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:14-cv-00220<br><br>Honorable Judge Mark R. Hornak<br><br>ELECTRONICALLY FILED |

## PLAINTIFFS INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC'S NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC in the above-captioned case hereby appeal to the United States Court of Appeals to the Federal Circuit.

Plaintiffs appeal the Opinion on Defendant's Motion to Dismiss (Docket No. 117), entered in this action on September 25, 2015, and the orders and decisions entered in this case

As such, pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), Plaintiffs seek to challenge the Court's Opinion and Order, which resulted in dismissal of the claims of the '581 Patent without prejudice; the '434 Patent with prejudice; and the '002 Patent with prejudice.

Dated:  October 26, 2015

        Respectfully submitted,

        **/s/  Robert L. Wagner**

        **DEREK GILLILAND** *(pro hac vice)*
        TX 24007239
        **NIX PATTERSON & ROACH, L.L.P.**
        205 Linda Drive
        Daingerfield, Texas 75638
        903.645.7333 (telephone)
        903.645.5389 (facsimile)
        dgilliland@nixlawfirm.com

        **EDWARD CHIN** *(pro hac vice)*
        TX 50511688
        **KIRK VOSS** *(pro hac vice)*
        TX 24075229
        **CHRISTIAN J. HURT** *(pro hac vice)*
        TX 24059987
        **NIX PATTERSON & ROACH, L.L.P.**
        5215 N. O'Connor Blvd., Suite 1900
        Irving, Texas 75039
        972.831.1188 (telephone)
        972.444.0716 (facsimile)
        edchin@me.com
        andrewjwright@me.com
        kirkvoss@me.com
        christianhurt@nixlawfirm.com

        **HENRY M. SNEATH, ESQ.**
        PA 40559
        **ROBERT L. WAGNER, ESQ.**
        PA 308499
        **PICADIO SNEATH MILLER & NORTON, P.C.**
        Four Gateway Center
        444 Liberty Avenue, Suite 1105
        Pittsburgh, Pennsylvania 15222
        412.288.4000 (telephone)
        412.288.2405 (facsimile)

        **ATTORNEYS FOR PLAINTIFFS**
        **INTELLECTUAL VENTURES I LLC**
        **INTELLECTUAL VENTURES II LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.5 and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 26th day of October, 2015.

>  **/s/  Robert L. Wagner**
>  **Robert L. Wagner, Esquire**