IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | ) ) ) | 1:14-cv-00220 |
| Plaintiffs, | ) ) ) | **ELECTRONICALLY FILED** |
| v. | ) ) | |
| ERIE INDEMNITY COMPANY, et al., | ) ) | |
| Defendants. | ) | |

Hearing Type:   AT&T Telephonic Status Conference

Date:   October 30, 2015

Before:   Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Derek Gilliland, Robert Wagner |
| Counsel for Defendant | Erie and Highmark Defendants: Gregory Lantier <br> Old Republic Defendants: Russ Cass |
| Court Reporter | Julie Kienzle |
| Law Clerk/Deputy Clerk | Matt Greer |
| Start time | 2:30 pm |
| End time | 2:45 pm |

**SUMMARY OF PROCEEDINGS:**

The Court held this telephone status conference to hear from counsel on the status of the appeal pending before the Court of Appeals for the Federal Circuit.