## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC** | § | |
| **and** | § | |
| **INTELLECTUAL VENTURES II LLC** | § | **Civil Action No. 1:14-cv-00220** |
| *Plaintiffs,* | § | |
| | § | **Honorable Judge Mark R. Hornak** |
| **v.** | § | |
| | § | **ELECTRONICALLY FILED** |
| **ERIE INDEMNITY COMPANY;** | § | |
| **ERIE INSURANCE EXCHANGE;** | § | |
| **ERIE INSURANCE PROPERTY &** | § | |
| **CASUALTY COMPANY;** | § | |
| **ERIE INSURANCE COMPANY;** | § | |
| **FLAGSHIP CITY INSURANCE** | § | |
| **COMPANY; and** | § | |
| **ERIE FAMILY LIFE INSURANCE** | § | |
| **COMPANY** | § | |
| | § | |
| *Defendants* | § | |

### ORDER FOR ENTRY OF JUDGMENT

The Court, having considered the parties' Agreed Motion for Entry of Judgment pursuant to FRCP 54(b) including the facts and arguments contained therein, finds that the Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED that the Court expressly finds no just reason for delay and, under the Court's Opinion and Order, docket nos. 117 and 118 respectively, GRANTS FINAL JUDGMENT under FRCP 54(b) on Plaintiffs' claims based on U.S. Patent Nos. 6,519,581 ("the '581 patent"); 6,546,002 ("the '002 patent"); 6,510,434 ("the '434 patent"), and that all claims based on U.S. Patent No. 7,757,298 are unaffected by this Order and Judgment.

Signed this 4th day of November, 2015.

Mark R. Hornak
United States District Judge