IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2:14-cv-220 |
| v. | ) ) ) | Judge Mark R. Hornak |
| ERIE INDEMNITY COMPANY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

### ORDER

AND NOW, this 4th day of August, 2016, upon consideration of the filings submitted to the Court, the record adduced, and the arguments presented, it is hereby ORDERED that Defendants Erie Indemnity Company, *et al.*'s Motion to Dismiss [ECF No. 132] is GRANTED with prejudice for the reasons set forth in the Court's Opinion of this date.

There being no additional claims pending before this Court, the Clerk is hereby directed to mark this case "Closed."

Mark R. Hornak
United States District Judge

cc:   All counsel of record