# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:14-cv-00220 |
| v. ) | |
| ) | Judge Mark R. Hornak |
| ERIE INDEMNITY COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

---

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 2:14-cv-01130 |
| v. ) | |
| ) | Judge Mark R. Hornak |
| OLD REPUBLIC GENERAL INSURANCE GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 13th day of April, 2017, in accordance with the Mandate of the United States Court of Appeals for the Federal Circuit issued this date by such Court in accord with its Order of March 7, 2017 at its docket numbers 16-1128 and 16-1132, and upon remand of this specific matter within these actions to this Court, it is hereby ORDERED that all claims based on United States Patent No. 6,519,581 (" '581 Patent") are hereby DISMISSED for lack of standing.

Mark R. Hornak
United States District Judge

cc: All counsel of record